# CRIMINAL MINUTE SHEET
# STATUS CONFERENCE

☑ **Telephonic**

Date: 03/07/11  
Case No.: 10-CR-329-F  
Time: 9:38 a.m. - 10:03 a.m.  
Interpreter: none  
Int. Phone: 

UNITED STATES OF AMERICA  VS  ROBERT VELASQUEZ, JR.

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Brandi Monger |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| none | none |
|---|---|
| Marshal | Probation Officer |

Attorney(s) for Government: Darrell Fun (via phone)

Attorney(s) for Defendant(s): Vince Horn, Tom Fleener, Sean Barrett, Peter Timbers, Jill Higham, Mark Anzman, Nick Beduhn (via phone)

Other

Trial currently set for 5/9/11 (roughly 3 weeks) for all defendants in this matter.   This case has been declared complex.  Peter Timbers volunteers to work out a Scheduling Order with Darrell Fun - will be done by 3/14/11.