DARRELL L. FUN
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, Wyoming 82602-5010
307-261-5434

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 1 6 2011

Stephan Harris, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Criminal No. 10-CR-329-F** |
| ) | |
| ROBERT VELASQUEZ ET AL, ) | |
| ) | |
| Defendants. ) | |

### PRAECIPE TO ISSUE TRIAL SUBPOENA

The clerk will please issue eight (8) trial subpoenas in the above-entitled case.

**DATED** this 17th day of March, 2011.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
DARRELL L. FUN
Assistant United States Attorney

(8) issued