# CRIMINAL MINUTE SHEET
# MOTION HEARING

☐ **Telephonic**

| | |
|---|---|
| Date: 06/08/11 | Case No.: 10-CR-329-F |
| Time: 1:05 p.m. - 2:49 p.m. | Interpreter: none |
| | Int. Phone: |

**UNITED STATES OF AMERICA** VS **ROBERT VELASQUEZ JR. et al**

| Judge | Clerk | Reporter | Law Clerk |
|---|---|---|---|
| Nancy D. Freudenthal | Abby Logan | Marissa Racine | Brandi Monger |

| Marshal | Probation Officer |
|---|---|
| mutlitple | none |

**Attorney(s)**

Government: Darrell Fun

Defendant(s): Tom Fleener, Peter Timbers, Vince Horn, Mark Anzman, Jill Higham

| Gov / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | | James Hearing | U/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Witnesses**

Government: Special Agent Michael Hall (1:29 p.m. - 2:30 p.m.)

Defendant(s):

**Other**

This matter set for James Hearing today.  USA first moves for continuance of the trial currently set for 6/13/11 because the final defendant was just taken into custody in California yesterday and that client will likely want to participate in the James Hearing prior to trial as well.  Peter Timbers, Vince Horn, Mark Anzman, Jill Higham, Tom Fleener opposes the continuance and offer an oral Motion to Sever their clients in this matter.  Sean Barrett motions to have his client withdrawn from the James Hearing and said Motion is granted.  Motion for continuance of the trial is granted by the Court.  Motion for continuance of the James Hearing is denied and commences.  All other pending motions will be heard at a later time.