```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF WYOMING

                                                       SEP 27 2011

                                                    Stephan Harris, Clerk
                                                         Cheyenne
```

DARRELL L. FUN
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Cheyenne, WY 82601
(307) 261-5434

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 10-CR-329-F |
| v. ) | |
| ) | UNDER SEAL |
| ROBERT VELASQUEZ ET AL, ) | |

### MOTION FOR THE ISSUANCE OF A MATERIAL WITNESS WARRANT