

**FILED**

*9:14 am, 9/28/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

| | |
|---|---|
| Abby Logan, Deputy Clerk | September 27, 2011 |
| Jan Davis, Court Reporter | Cheyenne, WY |
| Brandi Monger, Law Clerk | |

UNITED STATES OF AMERICA,      Plaintiff's Attorneys:
          Plaintiff,    Darrell Fun, L. Robert Murray

vs.

ROBERT VELASQUEZ et al,    Defendant's Attorneys:
          Defendant.    Tom Fleener, Peter Timbers, Vince Horn,
                Jill Higham

---

### COURTROOM MINUTES
### JURY TRIAL DAY 1

---

8:46 am - 9:46 am    Pre-trial matters discussed in chambers with counsel.

10:14 am    Matters discussed in the courtroom outside the presence of the potential jurors.

10:26 am    Tom Fleener requests a side bar with the AUSA and the Judge and requests that this portion of the trial be considered sealed.  Court granted.  Side bar held.

10:28 am    Court resumes.  Matter discussed with counsel outside the presence of the potential jurors.

10:31 am    Potential jurors brought into the courtroom.

10:33 am    Judge welcomes the potential jurors.

10:36 am    Role call called by the Courtroom Deputy.

| | |
|---|---|
| 10:38 am | Potential jurors qualified as jurors by the Judge. |
| 10:40 am | Potential jurors sworn in by the Courtroom Deputy as to the case at hand. |
| 10:41 am | Judge seats the first 12 potential jurors in the jury box. |
| 10:44 am | Judge introduces herself and the courtroom staff to the potential jurors. |
| 10:48 am | Judge introduces the case to the potential jurors. |
| 10:52 am | Judge explains the voir dire process to the potential jurors. |
| 11:00 am | Voir dire begins. |
| 11:19 am | AUSA Darrell Fun introduces his staff and list of witnesses to the potential jurors. |
| 11:24 am | Defense counsel introduces themselves, their clients and their list of witnesses to the potential jurors. |
| 11:29 am | Potential jurors introduce themselves. |
| 11:47 am | The Judge informs potential jurors that the Court will recess for lunch break and issues brief remarks. |
| 11:49 am | Court recessed for lunch break. To reconvene at 1:00 p.m. Parties and counsel shall be in court at 12:50 p.m. |
| 1:08 pm - 1:13 pm | Matters discussed in chambers without potential jurors present. |
| 1:18 pm | Court resumes. Voir dire by the Judge continues. |
| 1:55 pm | Voir dire by Darrell Fun for the Government. |
| 2:16 pm | Voir dire by Thomas Fleener for Daniel Renteria. |
| 2:43 pm | Voir dire by Vincent Horn, Jr. for Robert Velasquez, Jr. |
| 2:52 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 2:58 pm | Voir dire by Jill Higham for Alex Garcia, Jr. |

| | |
|---|---|
| 3:11 pm | Voir dire by the Judge. |
| 3:12 pm | Side bar requested by the Judge. |
| 3:20 pm | Court resumes.  Judge informs potential jurors that the court will take an afternoon break until 3:30 pm. |
| 3:37 pm | Court resumes.  Peremptory Challenge Process begins. |
| 5:05 pm | Side bar requested by the Government. |
| 5:08 pm | Court resumes.  Side bar requested by the Judge. |
| 5:14 pm | Court resumes.  Voir dire by the Judge. |
| 5:17 pm | Side bar requested by the Judge. |
| 5:19 pm | Court resumes.  Peremptory Challenges continue. |
| 5:22 pm | Judge informs potential jurors that the Jury Selection process will not be completed tonight and all must report again tomorrow to complete the process.  Judge issues brief instruction to the potential jurors. |
| 5:28 pm | Court recessed for the evening.  To reconvene at 9:00 a.m.  Counsel shall report at 8:45 a.m.  Potential jurors excused. |
| 5:32 pm - 5:41 pm | Matters discussed in chambers with counsel outside the presence of the potential jurors. |
| 5:42 pm | Court resumes.  Matters discussed in open court with potential jurors requesting not to return tomorrow.  Defendants present. |
| 5:49 pm | Side bar requested by the Judge. |
| 5:54 pm | Court resumes.  Judge excuses several potential jurors for cause. |
| 5:57 pm | Court recessed until 9/28/11 at 9:00 a.m. |