

**FILED**

*6:32 pm, 9/28/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

| | |
|---|---|
| Abby Logan, Deputy Clerk | September 27, 2011 |
| Jan Davis, Court Reporter | Cheyenne, WY |
| Brandi Monger, Law Clerk | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| Defendant. | Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

___

## COURTROOM MINUTES
## JURY TRIAL DAY 2
___

| | |
|---|---|
| 8:50 am - 9:50 am | Matters discussed in chambers with counsel outside the presence of potential jurors. |
| 9:11 am | Court resumes. Peremptory Challenge process continues. Voir dire by the Judge. |
| 9:21 am | Voir dire by Darrell Fun for the Government. |
| 9:39 am | Voir dire by Peter Timbers for Miguel Ordaz. |
| 9:43 am | Voir dire by Tom Fleener for Daniel Renteria. |
| 9:50 am | Voir dire by Jill Higham for Alex Garcia, Jr. |
| 9:59 am | Side bar requested by the Judge. |

| | |
|---|---|
| 10:12 am | Court resumes.  Voir dire by Jill Higham continues. |
| 10:13 am | Peremptory Challenge process continues.  Voir dire by the Judge. |
| 10:28 am | Voir dire by Darrell Fun for the Government. |
| 10:34 am | Voir dire by Vince Horn for Robert Velasquez, Jr. |
| 10:40 am | Voir dire by Peter Timbers for Miguel Ordaz. |
| 10:42 am | Side bar requested by Peter Timbers. |
| 10:45 am | Court resumes.  Voir dire by Hill Higham for Alex Garcia, Jr. |
| 10:47 am | Voir dire by Tom Fleener for Daniel Renteria. |
| 10:50 am | Side bar requested by the Judge. |
| 10:57 am | Court resumes.  Peremptory challenge process continues. |
| 10:59 am | Side bar requested by the Judge. |
| 11:03 am | Court resumes.  Judge announces the court will recess for a break until 11:20 a.m. Counsel to report at 11:15 a.m. |
| 11:21 am | Court resumes.  Peremptory challenge process continues.  Voir dire by the Judge. |
| 11:42 am | Voir dire by Darrell Fun for the Government. |
| 11:52 am | Voir dire by Vince Horn for Robert Velasquez, Jr. |
| 11:58 am | Voir dire by Jill Higham for Alex Garcia, Jr. |
| 12:02 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 12:11 pm | Voir dire by Tom Fleener for Daniel Renteria. |
| 12:20 pm | Side bar requested by Tom Fleener. |
| 12:25 pm | Court resumes.  Peremptory challenge process continues. |

| | |
|---|---|
| 12:26 pm | Judge issues brief instruction to the potential jurors. |
| 12:27 pm | Court recessed for lunch break. To reconvene at 1:40 p.m. Counsel to report at 1:30 p.m. |
| 1:41 pm | Court resumes. Peremptory challenge process continues. Voir dire by the Judge. |
| 1:56 pm | Voir dire by Darrell Fun for the Government. |
| 2:10 pm | Side bar requested by Vince Horn. |
| 2:11 pm | Court resumes. Voir dire by Vince Horn for Robert Velasquez, Jr. |
| 2:18 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 2:20 pm | Side bar requested by the Judge. |
| 2:22 pm | Court resumes. Peremptory challenge process continues. Voir dire by the Judge. |
| 2:28 pm | Side bar requested by a potential juror. |
| 2:31 pm | Court resumes. Peremptory challenge process continues. Side by requested by another potential juror. |
| 2:39 pm | Court resumes. Peremptory challenge process continues. Voir dire by the Judge. |
| 2:54 pm | Judge issues brief instruction to the potential jurors. |
| 2:56 pm | Court recessed for afternoon break until 3:15 p.m. Counsel to report at 3:10 p.m. |
| 3:20 pm | Court resumes. Peremptory challenge process continues. |
| 3:21 pm | Voir dire by Darrell Fun for the Government. |
| 3:29 pm | Voir dire by Tom Fleener for Daniel Renteria. |
| 3:36 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 3:39 pm | Side bar requested by Vince Horn. |
| 3:40 pm | Court resumes. Peremptory challenge process continues. |

| Time | Event |
|---|---|
| 3:44 pm | Side bar requested by potential juror. |
| 3:58 pm | Court resumes. Side bar requested by another potential juror. |
| 4:01 pm | Court resumes. Peremptory challenge process continues. Voir dire by the Judge. |
| 4:15 pm | Voir dire by Darrell Fun for the Government. |
| 4:31 pm | Voir dire by Vince Horn for Robert Velasquez, Jr. |
| 4:34 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 4:38 pm | Voir dire by Jill Higham for Alex Garcia, Jr. |
| 4:45 pm | Side bar requested by the Judge. |
| 4:46 pm | Court resumes. Peremptory challenge process continues. |
| 4:47 pm | Side bar requested by Tom Fleener. |
| 4:56 pm | Court resumes. Peremptory challenge process continues. |
| 5:04 pm | Side bar requested by potential juror. |
| 5:11 pm | Court resumes. Peremptory challenge process continues. Voir dire by the Judge. |
| 5:20 pm | Voir dire by Vince Horn for Robert Velasquez, Jr. |
| 5:20 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 5:21 pm | Voir dire by Tom Fleener for Daniel Renteria. |
| 5:26 pm | Peremptory challenges exercised. |
| 5:36 pm | Side bar requested by a potential juror. |
| 5:42 pm | Court resumes. Voir dire by the Judge. |
| 5:47 pm | Voir dire by Darrell Fun for the Government. |
| 5:56 pm | Voir dire by Vince Horn for Robert Velasquez, Jr. |

| | |
|---|---|
| 5:57 pm | No further voir dire from defense counsel.  Side bar requested by Darrell Fun. |
| 5:58 pm | Potential juror called to side bar with counsel. |
| 6:05 pm | Side bar continues without potential juror. |
| 6:25 pm | Court resumes.  Peremptory challenge process continues. |
| 6:28 pm | Judge excuses the potential alternate jurors.  She informs all remaining potential jurors that they need to return tomorrow morning at 10:00 a.m. and issues brief instruction.  Counsel to report to chambers at 9:00 a.m. tomorrow morning. |
| 6:29 pm | Court recessed for the evening. |