# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

| | |
|---|---|
| Abby Logan, Deputy Clerk | September 27, 2011 |
| Jan Davis, Court Reporter | Cheyenne, WY |
| Brandi Monger, Law Clerk | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| Defendant. | Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

---

**COURTROOM MINUTES**
**JURY TRIAL DAY 3**

---

| | |
|---|---|
| 9:10 am - 9:16 am | Pretrial matters discussed in chambers outside the presence of the defendants and the potential jurors. |
| 9:30 am - 10:21 am | Pretrial matters discussed in open court with defendants present. Potential jurors not present. |
| 11:34 am | Court resumes. Pretrial matters discussed in open court with defendants present. Potential jurors not present. |
| 11:34 am | Motion to Sever by Tom Fleener for Daniel Renteria. |
| 11:36 am | Vince Horn joins in Mr. Fleeners Motion to Sever on behalf of Robert Velasquez, Jr. |
| 11:37 am | Darrell Fun responds for the Government. |

| | |
|---|---|
| 11:37 am | Vince Horn requests a ruling on the Motion to Sever before proceeding. |
| 11:38 am | Darrell Fun responds for the Government. |
| 11:40 am | Peter Timbers joins the Government in requesting that the Court does not sever at this point. |
| 11:40 am | Court denies the Motion to Sever and puts the reasoning on the record. |
| 11:42 am | Judge asks the defense counsel if they need more time to discuss whether or not this case will be declared a mistrial at this point. |
| 11:46 am | Vince Horn responds with a proposal for the Court. |
| 11:47 am | Darrell Fun responds for the Government. |
| 11:49 am | Peter Timbers agrees to the proposal on behalf of Miguel Ordaz. |
| 11:50 am | Vince Horn agrees to the proposal on behalf of Robert Velasquez, Jr. |
| 11:50 am | Tom Fleener does not agree to the proposal on behalf of his client, Daniel Renteria and puts his reasoning on the record. Tom Fleener moves for a mistrial on behalf of Daniel Renteria and again moves to sever his client. |
| 11:52 am | The Judge informs all parties that if a mistrial is granted, it will be to all. |
| 11:52 am | Jill Higham objects to Mr. Fleeners Motion for Mistrial on behalf of Alex Garcia, Jr. |
| 11:53 am | Peter Timbers objects to Mr. Fleeners Motion for Mistrial on behalf of Miguel Ordaz. |
| 11:53 am | Bob Murray responds for the Government. |
| 11:55 am | Tom Fleener responds on behalf of Daniel Renteria. |
| 11:56 am | The Judge informs the parties again with explanation that if a mistrial is granted, it will be to all and the process will start over. |
| 11:59 am | Tom Fleener responds on behalf of Daniel Renteria. Tom Fleener withdraws his Motion for mistrial on behalf of Daniel Renteria. |

| | |
|---|---|
| 12:00 pm | Bob Murray responds for the Government. |
| 12:01 pm | Robert Velasquez, Jr. sworn in by the Courtroom Deputy and addressed by the judge with his counsel, Vince Horn, by his side. |
| 12:03 pm | Defendant Velasquez accepts the arrangement before the Court and waives his right to appeal that process as an error. |
| 12:04 pm | Defendant Miguel Ordaz sworn in by the Courtroom Deputy. Defendant Ordaz accepts the arrangement before the Court and waives his right to appeal the process as an error. |
| 12:05 pm | Defendant Alex Garcia, Jr. sworn in by the Courtroom Deputy. |
| 12:06 pm | Defendant Garcia accepts the arrangement before the Court and waives his right to appeal that process as an error. |
| 12:07 pm | Defendant Daniel Renteria sworn in by the Courtroom Deputy. |
| 12:08 pm | Defendant Renteria accepts the arrangement before the Court and waives his right to appeal that process as an error. |
| 12:10 pm | The Court finds that the waivers of appeal were knowing and voluntary given by the defendants under oath. |
| 12:11 pm | The Judge informs all that the jurors will take their lunch break now and the peremptory challenge process will continue at 1:30 p.m. |
| 12:13 pm | Court recessed. |
| 1:35 pm | Court resumes. Judge addresses the potential jurors. Judge excuses potential juror and calls another. |
| 1:38 pm | Side bar requested by Vince Horn. |
| 1:41 pm | Court resumes. Judge excuses another potential juror and calls another. |
| 1:44 pm | Voir dire by the Judge. |
| 1:48 pm | Side bar requested by potential juror. |

| | |
|---|---|
| 1:55 pm | Court resumes.  Judge excuses potential juror and calls another. |
| 2:04 pm | Voir dire by Darrell Fun for the Government. |
| 2:06 pm | Voir dire by Vince Horn for Robert Velasquez, Jr. |
| 2:07 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 2:09 pm | Voir dire by Jill Higham for Alex Garcia, Jr. |
| 2:10 pm | Voir dire by Tom Fleener for Daniel Renteria. |
| 2:16 pm | Side bar requested by the Judge. |
| 2:20 pm | Court resumes.  Peremptory challenge process continues. |
| 2:22 pm | Judge excuses a potential juror and calls another. |
| 2:29 pm | Voir dire by Darrell Fun for the Government. |
| 2:30 pm | Voir dire by Vince Horn for Robert Velasquez, Jr. |
| 2:30 pm | Voir dire by Peter Timbers for Miguel Ordaz. |
| 2:31 pm | Voir dire by Jill Higham for Alex Garcia, Jr. |
| 2:33 pm | Voir dire by Tom Fleener for Daniel Renteria. |
| 2:38 pm | Peremptory challenge process continues. |
| 2:41 pm | Counsel for all sides are satisfied with the jury.  Judge release remaining potential jurors. |
| 2:42 pm | JURY EMPANELED. |
| 2:44 pm | Jury sworn by the Courtroom Deputy. |
| 2:44 pm | Judge issues preliminary instructions to the jury panel. |
| 3:08 pm | Court to recess for afternoon break.  To reconvene at 3:45 pm.  Counsel to report at 3:40 pm. |

| | |
|---|---|
| 3:12 pm | Court recessed for afternoon break. |
| 3:56 pm | Court resumes. Jury brought in. Opening statements by Darrell Fun for the Government. |
| 4:25 pm | Vince Horn will reserve opening statement on behalf of Robert Velasquez, Jr. for the close of the Government's case. |
| 4:26 pm | Opening statement by Tom Fleener for Daniel Renteria. |
| 4:34 pm | Opening statement by Peter Timbers for Miguel Ordaz. |
| 4:38 pm | Jill Higham will reserve opening statement on behalf of Alex Garcia, Jr. at this time. |
| 4:38 pm | Government calls Michael Hall. Sworn in by the Courtroom Deputy. Direct examination of Michael Hall by Bob Murray for the Government. |
| 5:01 pm - 5:02 pm | (Tom Fleener left the courtroom and returned.) |
| 5:18 pm | Judge issues brief instructions to the jury. Court to reconvene tomorrow at 9:15 am. |
| 5:20 pm | Jury excused. Matter discussed outside the presence of the jury. |
| 5:25 pm | Judge informs counsel that she will be available in chambers at 8:30 should counsel need to meet with her. Court recessed for the evening. |