

**FILED**

*4:50 pm, 9/30/11*
**Stephan Harris**
**Clerk of Court**

## United States District Court
### For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan,  Deputy Clerk                                                September 27, 2011
Jan Davis, Court Reporter                                                    Cheyenne, WY
Brandi Monger, Law Clerk

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. |  |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
|  | Tom Fleener, Peter Timbers, Vince Horn, |
| Defendant. | Jill Higham |

---

**COURTROOM MINUTES**
**JURY TRIAL DAY 4**

---

9:23 am        Court resumes.  Jury brought in.

9:24 am        Direct examination of Michael Hall by Bob Murray for the Government. Government's Exhibits 1300, 1301, 1302, 1800, 1801, 1500, 1501, 1600, 1601, 1602 offered, no objections, admitted by the Court.

10:32 am       Court recessed for morning break.  Jury excused.

10:50 am       Court resumes.  Jury brought in.  Roll call of jurors waived by the Court.

10:53 am       Direct examination of Michael Hall by Bob Murray for the Government. Government's Exhibits 1701, 1702, 1703 offered, no objection, admitted by the Court.

11:01 am       Cross examination of Michael Hall by Vince Horn on behalf of Robert Velasquez,

|  |  |
|---|---|
|  | Jr. |
| 11:10 am | Cross examination of Michael Hall by Peter Timbers for Miguel Ordaz. |
| 11:18 am | Cross examination of Michael Hall by Tom Fleener for Daniel Renteria. |
| 11:52 am | Cross examination of Michael Hall by Jill Higham for Alex Garcia, Jr. |
| 11:55 am | Re-direct examination of Michael Hall by Bob Murray for the Government. |
| 12:12 pm | Judge issues brief instruction the jury.  Court recessed until 1:30 pm Jury excused. |
| 1:32 pm | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 1:36 pm | Special Agent Michael Hall excused from the witness stand.  Darrell Fun calls Special Agent Steve Herrman.  Sworn in by the Courtroom Deputy. |
| 1:37 pm | Direct examination of Steve Herrman by Darrell Fun for the Government.  Government's Exhibits 1303-A, 1303-B, 1303-C, 1303-D, 1303-E, 1303-F, 1303-G, 1303-H, 1303-I, 1303-J, 1303-K, 1303-L, 1303-M, 1303-N, 1303-O, 1400, 1401, 1402, 1403, 1404, 1405, 1406, 1407, 1408, 1410, 1411-A, 1411-B, 1411-C, 1411-D, 1411-E, 1411-F, 1411-G, 1409, 1411-H, 1411-I, 1411-J, 1411-K, 1411-L, 1411-M, 1411-N, 1502, 1503, 1504 offered, no objection, admitted by the Court. |
| 3:00 pm | Court recessed for afternoon break.  Will reconvene at 3:20 pm. |
| 3:20 pm | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 3:21 pm | Direct examination of Steve Herrman by Darrell Fun continues. |
| 3:40 pm | Cross examination of Steve Herrman by Peter Timbers for Miguel Ordaz. |
| 3:40 pm | Side bar requested by the Government. |
| 3:43 pm | Court resumes.  Cross examination of Steve Herrman by Peter Timbers continues. |
| 3:45 pm - 3:46 pm | Jill Higham exited the room and returned.  Peter Timbers waited for her to return to continue his cross examination. |
| 3:47 pm | Cross examination of Steve Herrman by Peter Timbers continues. |

| | |
|---|---|
| 3:53 pm | Cross examination of Steve Herrman by Tom Fleener for Daniel Renteria. Renteria's Exhibit B offered, objected to, admitted by the Court. |
| 4:01 pm | No questions from Jill Higham for Alex Garcia, Jr. |
| 4:01 pm | Re-direct examination of Steve Herrman by Darrell Fun for the Government. |
| 4:19 pm | Special Agent Steve Herrman excused from the witness stand. |
| 4:20 pm | Judge issues brief instructions to the jury. Court to reconvene on Monday (10/3/11) at 2:15 pm. |
| 4:21 pm | Darrell Fun asks that Steve Hermann be released from his subpoena and such is granted. |
| 4:22 pm | Jury excused. Court recessed for the evening. |