# United States District Court

## For The District of Wyoming

Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk  
Margie Dauster, Court Reporter  
Brandi Monger, Law Clerk

October 3, 2011  
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| Defendant. | Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

---

**COURTROOM MINUTES**  
**JURY TRIAL DAY 5**

---

| | |
|---|---|
| 2:28 pm | Court resumes.  Judge addresses that she has received a Motion for Misstrial filed by Defendants Velasquez and Garcia. |
| 2:33 pm | Vince Horn argues for his defendant, Robert Velasquez, Jr. |
| 2:36 pm | Jill Higham argues for her defendant, Alex Garcia, Jr. |
| 2:38 pm | Darrell Fun responds for the Government. |
| 2:41 pm | Government calls Robert MacMaster.  Sworn in by the Courtroom Deputy.  Direct examination of Robert MacMaster by Darrell Fun for the Government. |
| 2:48 pm | Cross examination of Robert MacMaster by Vince Horn for Robert Velasquez, Jr. |
| 2:53 pm | Tom Fleener joins the Motion for mistrial on behalf of Daniel Renteria. |

| | |
|---|---|
| 2:54pm | Peter Timbers joins the Motion for mistrial on behalf of Miguel Ordaz. |
| 2:55 pm | Judge denies Motion for mistrial and puts her ruling on the record. |
| 2:58 pm | Vince Horn requests a continuing objection and said is granted. |
| 3:01 pm | Jury brought in. Roll call of jury waived by the Court. |
| 3:02 pm | Government calls Lisa Riggs. Sworn in by the Courtroom Deputy. Direct examination of Lisa Riggs by Darrell Fun for the Government. Government's Exhibit 1409-A, 1804-A, 1804-B, 1804-C, 1804-D, 1804-E, 1802 offered, no objections, admitted by the Court. |
| 4:14 pm | Cross examination of Lisa Riggs by Vince Horn for Robert Velasquez, Jr. |
| 4:15 pm | Cross examination of Lisa Riggs by Peter Timbers for Miguel Ordaz. |
| 4:25 pm | Cross examination of Lisa Riggs by Tom Fleener for Daniel Renteria. |
| 4:42 pm | No cross examination of Lisa Riggs by Jill Higham for Alex Garcia, Jr. |
| 4:42 pm | Re-direct examination of Lisa Riggs by Darrell Fun for the Government. |
| 4:47 pm | Re-cross examination of Lisa Riggs by Tom Fleener for Daniel Renteria. |
| 4:49 pm | Re-cross examination of Lisa Riggs by Peter Timbers for Miguel Ordaz. |
| 4:50 pm | Lisa Riggs excused from the witness stand and released from her subpoena. |
| 4:51 pm | Judge issues brief instruction to the jurors. Court shall reconvene at 9:15 am |
| 4:53 pm | Court recessed for the evening. |