

**FILED**

*5:23 pm, 10/4/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk  
Margie Dauster, Court Reporter  
Brandi Monger, Law Clerk

October 3, 2011  
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| Defendant. | Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

---

**COURTROOM MINUTES**
**JURY TRIAL DAY 6**

---

9:36 am   Court resumes. Jury brought in.

9:38 am   Roll call of jury waived by the Court. Government's Exhibit 1412 offered, no objection, admitted by the Court.

9:40 am   Government calls Juan Louise Marquez Sworn in by the Courtroom Deputy. Direct examination of Juan Louise Marquez by Darrell Fun for the Government. Government's Exhibit 1603, 523, 525 offered, no objection, admitted by the Court.

10:27 am   Cross examination of Juan Marquez by Vince Horn for Robert Velasquez, Jr.

10:30 am   Cross examination of Juan Marquez by Jill Higham for Alex Garcia, Jr.

10:34 am   Cross examination of Juan Marquez by Peter Timbers for Miguel Ordaz.

| | |
|---|---|
| 10:38 am | Cross examination of Juan Marquez by Tom Fleener for Daniel Renteria. |
| 10:49 am | Side bar requested by Tom Fleener. |
| 10:51 am | Court resumes.  No further questions from Tom Fleener.  Re-direct examination of Juan Marquez by Darrell Fun for the Government. |
| 10:54 am | Juan Marquez excused from the witness stand and released from his subpoena. |
| 10:55 am | Judge issues brief instruction Court recessed for morning break. |
| 11:15 am | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 11:16 am | Government calls Dr. Brian Goodby.  Sworn in by the Courtroom Deputy.  Direct examination of Dr. Brian Goodby by Bob Murray for the Government.  Government's Exhibit 100, 101, 103, 104, 105, 109, 111 offered, no objection, admitted by the Court. |
| 11:28 am | Cross examination of Dr. Brian Goodby by Peter Timbers for Miguel Ordaz.  Velasquz Exhibit A offered, no objection, admitted by the Court. |
| 12:12 pm | Judge issues brief instruction to the jurors.  Court to reconvene at 1:30 pm.  Jurors to report at 1:15 pm. |
| 12:13 pm | Jury excused.  Court recessed for lunch break. |
| 1:39pm | Court resumes.  Jury brought in.  Roll call of jurors waived by the Court. |
| 1:40 pm | Cross examination of Dr. Brian Goodby by Peter Timbers continues. Ordaz Exhibit A, Ordaz B. Ordaz C, Ordaz D, Ordaz F, Ordaz G, Orda H, Ordaz I, Ordaz J offered, no objection, admitted by the Court. |
| 2:05 pm | No cross examination by Tom Fleener for Daniel Renteria.<br>No cross examination by Vince Horn for Miguel Ordaz.<br>No cross examination by Jill Higham for Alex Garcia, Jr. |
| 2:06 pm | Re-direct examination of Dr. Brian Goodby by Bob Murray for the Government. |
| 2:07 pm | Dr. Brian Goodby excused from the witness stand and released from his subpoena. |
| 2:08 pm | Government calls Special Agent Michael Hall.  Sworn in by the Courtroom Deputy. |

|  |  |
|---|---|
|  | Direct examination of Michael Hall by Bob Murray for the Government. |
| 2:10 pm | Cross examination by Vince Horn for Robert Velasquez, Jr. |
| 2:11pm | No cross examination by Tom Fleener for Daniel Renteria.<br>No cross examination by Peter Timbers for Miguel Ordaz.<br>No cross examination by Jill Higham for Alex Garcia, Jr. |
| 2:13 pm | Special Agent Michael Hall excused from the witness stand, subject to recall. Government calls Brittany Huntington. Sworn in by the Courtroom Deputy. |
| 2:14 pm | Direct examination of Brittany Huntington by Darrell Fun for the Government. |
| 2:16 pm | Darrell Fun moves to admit Brittany Huntington as an expert in chemistry, forensic chemistry and testing analysis of methamphetamine and said motion is granted. Direct examination by Darrell Fun continues. Government's Exhibits 102, 110 offered, no objection, admitted by the Court. |
| 2:22 pm | Cross examination of Brittany Huntington by Vince Horn for Robert Velasquez, Jr. |
| 2:23 pm | Cross examination of Brittany Huntington by Peter Timbers for Miguel Ordaz. |
| 2:27 pm | No cross examination of Brittany Huntington by Tom Fleener for Daniel Renteria.<br>No cross examination of Brittany Huntin |
| 2:28 pm | Brittany Huntington excused from the witness stand and released from subpoena. Government calls Melissa Dawn Morgan. Sworn in by the Courtroom Deputy. |
| 2:29 pm | Direct examination of Melissa Morgan by Darrell Fun for the Government. |
| 2:38 pm | Court interrupted when a juror had to leave the room. |
| 2:41 pm | Court recessed for afternoon break. Jury excused. |
| 3:02 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 3:03 pm | Direct examination of Melissa Morgan by Darrell Fun for the Government continues. |
| 3:38 pm | Side bar requested by the Judge. |
| 3:41 pm | Court resumes. Judge issues a cautionary instruction to the jury. |

| | |
|---|---|
| 3:44 pm | Direct examination of Melissa Morgan by Darrell Fun for the Government continues. Government's Exhibit 1200, 1201, 517, 501 offered, no objection, admitted by the Court. |
| 5:10 pm | Judge issues brief instructions to the jurors. To reconvene tomorrow at 9:00 am. Jurors to report at 8:30 am. |
| 5:15 pm | Jury excused. Court recessed for the evening. |