

**FILED**

*4:10 pm, 10/5/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk                                         October 3, 2011
Margie Dauster, Court Reporter                                   Cheyenne, WY
Brandi Monger, Law Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| Defendant. | Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

---

**COURTROOM MINUTES**
**JURY TRIAL DAY 7**

---

| | |
|---|---|
| 8:54 am | Court resumes from yesterday. Jury brought in. Roll call of jury waived by the Court. |
| 8:55 am | Direct examination of Melissa Morgan by Darrell Fun for the Government continues. Government's Exhibit 400 offered, no objection, admitted by the Court. |
| 9:12 am | Side bar requested by Bob Murray for the Government. |
| 9:15 am | Court resumes. Tom Fleener left the room briefly and the proceedings are held for his return. |
| 9:16 am | Tom Fleener returns. Direct examination of Melissa Morgan by Darrell Fun continues. Government's Exhibit 401, 403, 306 offered, no objection, admitted by the Court. |

| | |
|---|---|
| 9:39 am | Side bar requested by Tom Fleener. |
| 9:40 am | Court resumes. Direct examination of Melissa Morgan by Darrell Fun continues. |
| 9:43 am | Judge. To reconvene at 10:00 am. |
| 10:03 am | Court resumes. Pretrial matters discussed outside the presence of the jury. |
| 10:25 am | Jury brought in. Roll call of jury waived by the Court. Cross examination of Melissa Morgan by Tom Fleener for Daniel Renteria. |
| 10:49 am | Side bar requested by Darrell Fun. |
| 10:52 am | Court resumes. Cross examination of Melissa Morgan by Tom Fleener for Daniel Renteria continues. |
| 11:27 am | Side bar requested by Darrell Fun. |
| 11:29 am | Court resumes. Cross examination of Melissa Morgan by Tom Fleener continues. |
| 11:54 am | Judge issues brief instruction to the jurors. To reconvene at 1:10 pm. |
| 11:55 am | Court recessed for lunch. |
| 1:27 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 1:29 pm | Voir dire of witness, Melissa Morgan, by Darrell Fun for the Government. Government's Exhibit 410, 411 offered, no objection, admitted by the Court. |
| 1:33 pm | Cross examination of Melissa Morgan by Tom Fleener for Daniel Renteria continues. Renteria Exhibit C, Government's Exhibit 604 offered, no objection, admitted by the Court. |
| 3:17 pm | Side bar requested by the Judge. |
| 3:21 pm | Court resumes. Judge addresses the jury. Cross examination of Melissa Morgan by Tom Fleener continues. |
| 3:46 pm | No further cross examination by Tom Fleener. Cross examination of Melissa Morgan by Vince Horn for Miguel Ordaz. |

| | |
|---|---|
| 3:49 pm | Judge issues brief instruction to the jury.  Court to recess for the evening. Jury to report at 8:30 a.m. |
| 3:50 pm | Court recessed for the evening. |