

**FILED**

*10:21 am, 10/6/11*
**Stephan Harris**
**Clerk of Court**

## United States District Court
### For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

| | |
|---|---|
| Abby Logan, Deputy Clerk | October 3, 2011 |
| Margie Dauster, Court Reporter | Cheyenne, WY |
| Brandi Monger, Law Clerk | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| Defendant. | Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

___

### COURTROOM MINUTES
### JURY TRIAL DAY 8

___

| | |
|---|---|
| 8:54 am | Court resumes.  Matters discussed outside the presence of the jury. |
| 9:05 am | Jury brought in.  Roll call of the jury waived by the Court. |
| 9:05 am | Cross examination of Melissa Morgan by Peter Timbers for Miguel Ordaz. |
| 9:06 am | Cross examination of Melissa Morgan by Jill Higham for Alex Garcia, Jr. |
| 9:16 am | Re-direct examination of Melissa Morgan by Darrell Fun for the Government. |
| 9:49 am | Re-cross examination of Melissa Morgan by Vince Horn for Robert Velasquez, Jr. |
| 9:51 am | No re-cross examination from Tom Fleener for Daniel Renteria.<br>No re-cross examination from Peter Timbers for Miguel Ordaz.<br>No re-cross examination by Jill Higham for Alex Garcia, Jr. |

| | |
|---|---|
| 9:51 am | Melissa Morgan excused from the witness stand released from subpoena. |
| 9:52 am | Side bar requested by Vince Horn. |
| 9:53 am | Court resumes.  Government calls Dayle Sinclair.  Direct examination of Dayle Sinclair by Darrell Fun for the Government. |
| 10:00 am | Cross examination of Dayle Sinclair by Vince Horn for Robert Velasquez, Jr. |
| 10:00 am | Cross examination of Dayle Sinclair by Peter Timbers for Miguel Ordaz. |
| 10:02 am | No cross examination of Dayle Sinclair by Tom Fleener for Daniel Renteria. |
| 10: 02 am | No cross examination of Dayle Sinclair by Jill Higham for Alex Garcia, Jr. |
| 10:02 am | Dayle Sinclair excused from the witness stand and released from subpoena. |
| 10:03 am | Judge informs the jurors that the trial will be continued until Tuesday due to the medical emergency of a parent of one of the defense lawyers. |
| 10:05 am | Side bar requested by Vince Horn. |
| 10:06 am | Court resumes.  Judge informs the jurors that they will need to utilize the jury call in system to find out when they should report back due to the uncertainty of this family medical emergency. |
| 10:08 am | Judge issues brief instructions to the jury. |
| 10:09 am | Court recessed.  Jury excused. |