

**FILED**

*5:15 pm, 10/11/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk  
Lisa Anthony, Court Reporter  
Brandi Monger, Law Clerk

October 3, 2011  
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun, L. Robert Murray |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| Defendant. | Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

---

## COURTROOM MINUTES
## JURY TRIAL DAY 9

---

| | |
|---|---|
| 11:10 am | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 11:12 am | Government calls Special Agent Michael Hall. Sworn in by the Courtroom Deputy. Direct examination of Michael Hall by Bob Murray for the Government. |
| 11:22 am | Cross examination of Michael Hall by Tom Fleener for Daniel Renteria. |
| 11:25 am | No cross examination of Michael Hall by remaining defense attorneys. Re-direct examination of Michael Hall by Bob Murray for the Government. |
| 11:26 am | Special Agent Michael hall excused from the witness stand subject to recall. Government calls Special Agent Loyd B. Young. Sworn in by the Courtroom Deputy. Direct examination of Loyd B. Young by Bob Murray for the Government. |
| 11:43 am | Cross examination of Loyd Young by Peter Timbers for Miguel Ordaz. |

| | |
|---|---|
| 11:50 am | No cross examination of Loyd Young by remaining defense attorneys. Re-direct examination of Loyd Young by Bob Murray for the Government. |
| 11:51 am | Loyd Young excused from the witness stand and released from subpoena. Government calls Special Agent Jason Ruby. Sworn in by the Courtroom Deputy. |
| 11:52 am | Direct examination of Jason Ruby by Bob Murray for the Government. |
| 12:00 pm | Government's Exhibits 500, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511 offered by the Government. Side bar requested by Peter Timbers for Miguel Ordaz. |
| 12:11 pm | Court resumes. Direct examination of Jason Ruby by Bob Murray continues. Government's Exhibits 500, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511 offered, objected to, admitted by the Court. |
| 12:14 pm | Judge issues brief instruction to the jury. Court will recess for lunch and reconvene at 1:30pm. Jury excused. |
| 12:15 pm | Matters discussed outside the presence of the jury. |
| 12:21 pm | Court recessed for lunch hour. |
| 1:51 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 1:53 pm | Direct examination of Jason Ruby by Bob Murray for the Government. Government's Exhibits 304, 207, 207-A, 207-B, 209, 209-A, 208-, 208-A, 215-A, 210, 210-A, 215-B, 204, 108, 214-A, 214-B, 214-C, 214-D, 214-E, 214-G offered, no objection, admitted by the Court. |
| 2:15 pm | Voir dire of the witness regarding Government's Exhibit 214-F by Peter Timbers for Miguel Ordaz. |
| 2:16 pm | Bob Murray will lay more foundation for Government's Exhibit 214-F. |
| 2:20 pm | Voir dire of the witness regarding Government's Exhibit 214-F by Peter Timbers continues. |
| 2:22 pm | Voir dire of the witness regarding Government's Exhibit 214-F by Tom Fleener for Daniel Renteria. |
| 2:28 pm | Defense counsel objects to admission of Government's Exhibits 214-F, 216-A |

|          |                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | overruled and admitted by the Court.                                                                                                                                                                                                                                                                                                                                                                                                 |
| 2:33 pm  | At the request of Bob Murray, Jason Ruby steps off of the witness stand to assemble the firearm from all of the pieces admitted.                                                                                                                                                                                                                                                                                                     |
| 2:41 pm  | Jason Ruby takes the witness stand again. Direct examination of Jason Ruby by Bob Murray continues. Government's Exhibit 203, 202, 317, 201, 205, 205-A, 211, 212, 213, 301, 301-A, 301-B, 302-A, 302-B, 307, 303, 305, 308, 309, 310, 311, 312, 312-A, 312-B, 313, 313-A, 313-B, 321, 322, 323, 316, 319, 320, 216 offered, no objection, admitted by the Court.                                                                     |
| 3:21 pm  | Cross examination of Jason Ruby by Peter Timbers for Miguel Ordaz.                                                                                                                                                                                                                                                                                                                                                                   |
| 3:32 pm  | No cross examination by the remaining defense lawyers. No re-direct from Bob Murray for the Government. Jason Ruby excused from the witness stand.                                                                                                                                                                                                                                                                                   |
| 3:33 pm  | Government calls Special Agent Michael Hall (previously sworn and still under oath). Direct examination of Michael Hall by Darrell Fun for the Government. Government's Exhibits 512, 513, 514, 515 offered, no objection, admitted by the Court.                                                                                                                                                                                    |
| 3:37 pm  | No cross examination of Michael Hall by any defense attorneys. Special Agent Micheal Hall excused from the witness stand.                                                                                                                                                                                                                                                                                                            |
| 3:38 pm  | Darrell Fun moves for admission of Government's Exhibit 1802-A, no objection, admitted by the Court. Government calls Detective Ricardo Gonzalez. Sworn in by the Courtroom Deputy.                                                                                                                                                                                                                                                  |
| 3:39 pm  | Direct examination of Ricardo Gonzalez by Darrell Fun for the Government. Government's Exhibit 522, 521 offered, no objection, admitted by the Court.                                                                                                                                                                                                                                                                                |
| 3:50 pm  | Side bar requested by Tom Fleener for Daniel Renteria.                                                                                                                                                                                                                                                                                                                                                                               |
| 3:53 pm  | Court resumes. Direct examination of Detective Ricardo Gonzalez by Darrell Fun continues.                                                                                                                                                                                                                                                                                                                                            |
| 4:27 pm  | Cross examination of Ricardo Gonzalez by Vince Horn for Robert Velasquez, Jr.                                                                                                                                                                                                                                                                                                                                                        |
| 4:31 pm  | No cross examination by the remaining defense attorneys. No re-direct examination by the Government. Detective Ricardo Gonzalez excused from the witness stand and released from subpoena.                                                                                                                                                                                                                                           |

| | |
|---|---|
| 4:32 pm | Government calls Joshua Williams.  Sworn in by the Courtroom Deputy.  Direct examination of Joshua Williams by Darrell Fun for the Government. |
| 4:37 am | Darrell Fun moves to admit this witness as an expert in chemisty, testing and analysis of methamphetamine and said motion is granted.  Direct examination of Joshua Williams by Darrell Fun continues.  Government's Exhibits 106, 107, 112 offered, no objection, admitted by the Court. |
| 5:00 pm | Judge issues brief instruction to the jury |
| 5:02 pm | Court recessed for the evening.  Court to resume at 8:30 a.m. tomorrow. |