

**FILED**

*2:38 pm, 10/12/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk                                    October 3, 2011
Lisa Anthony, Court Reporter                                Cheyenne, WY
Brandi Monger, Law Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT VELASQUEZ et al,<br><br>Defendant. | Plaintiff's Attorneys:<br>Darrell Fun, L. Robert Murray<br><br><br><br>Defendant's Attorneys:<br>Tom Fleener, Peter Timbers, Vince Horn,<br> Jill Higham |

___

**COURTROOM MINUTES**
**JURY TRIAL DAY 10**
___

9:09 am     Court resumes.  Jury brought in.  Roll call of jury waived by the Court.

9:10 am     Direct examination of Josh Williams by Darrell Fun for the Government continues. Government's Exhibitd 112-A, 112-B, 112-C, 112-D, 112-E offered, no objection, admitted by the Court.

(9:29 am - 9:30 am - Tom Fleener left the room briefly and returned.)

9:33 am     Cross examination of Josh Williams by Peter Timbers for Miguel Ordaz.

9:34 am     Side bar requested by Darrell Fun.

9:38 am     Court resumes.  Cross examination of Josh Williams by Peter Timbers continues. Defense Exhibit Ordaz E offered, no objection, admitted by the Court.

| | |
|---|---|
| 9:39 am | Voir dire of Josh Williams regarding Defense Exhibit Ordaz E by Darrell Fun for the Government. |
| 9:42 am | Counsel stipulates that portions 56, 57, 60, 62, 64 and sub-parts of Defense Exhibit Ordaz E are not relevant to Miguel Ordaz. |
| 9:43 am | Cross examination of Josh Williams by Peter Timbers for Miguel Ordaz continues. Government's Exhibit 112-Z 112-Z-1, Defense Exhibits Ordaz X1, Ordaz X2, Ordaz X3, Ordaz Y2, Ordaz Z1 offered, no objection, admitted by the Court. |
| 10:39 am | Judge issues brief instruction to the jury. Court recessed for mid morning break. Jury excused. |
| 10:57 am | Court resumes. Jury brought in. Cross examination of Josh Williams by Peter Timbers for Miguel Ordaz. Defense Exhibit Ordaz Z2, Y1, G offered, no objection, admitted by the Court. Government's Exhibit 112-Z-2 offered, no objection, admitted by the Court. |
| 11:33 am | No cross examination from the remaining defense attorneys. Re-direct examination of Josh Williams by Darrell Fun for the Government. |
| 11:39 am | Re-cross examination of Josh Williams by Peter Timbers for Miguel Ordaz. |
| 11:43 am | Re-direct examination of Josh Williams by Darrell Fun for the Government. |
| 11:45 am | Re-cross examination of Josh Williams by Tom Fleener for Daniel Renteria. |
| 11:51 am | Josh Williams excused from the witness stand and released from subpoena. Government calls Candice Kysar. |
| 11:52 am | Candice Kysar sworn in by the Courtroom Deputy. Direct examination of Candice Kysar by Bob Murray for the Government. |
| 12:42 pm | Judge issues brief instruction to the jury. To recess for lunch break until 2:00 pm. |
| 12:43 pm | Jury excused. Court recessed. |
| 2:25 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 2:26 pm | Judge addresses the jury regarding the health of the parent of one of defense counsel. She informs them that under these circumstances, this trial will be continued until |

|         |         |
|---------|---------|
|         | further notice.  Jurors will need to call in to the jury line beginning Sunday night to check for information regarding when they shall report back for this trial.  Candice Kysar is excused as the witness and informed that she will be called back as the first witness when this matter re-convenes. |
| 2:29 pm | Judge issues brief instruction to the jurors. |
| 2:31 pm | Matters discussed outside the presence of the jury.  Jury excused. |
| 2:35 pm | Court recessed until further notice. |