

**FILED**

*5:07 pm, 10/24/11*

**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk  
Jan Davis, Court Reporter  
Brandi Monger, Law Clerk

October 24, 2011  
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT VELASQUEZ et al,<br><br>Defendant. | Plaintiff's Attorneys:<br>Darrell Fun<br><br><br><br>Defendant's Attorneys:<br>Tom Fleener, Peter Timbers, Vince Horn,<br> Jill Higham |

---

## COURTROOM MINUTES
## JURY TRIAL DAY 11

---

8:46 am   Court resumes. Matters discussed outside the presence of the jury.

9:08 am   Jury brought in. Roll call of jury waived by the Court. Judge addresses jury regarding a couple of matters.

9:11 am   Candice Kysar on the witness stand. Sworn in by the Courtroom Deputy again due to the break in testimony. Direct examination of Candice Kysar by Darrell Fun for the Government continues. Government's Exhibit 527, 1202 offered, no objection, admitted by the Court.

9:43 am   Cross examination of Candice Kysar by Jill Higham for Alex Garcia, Jr.

9:45 am   Cross examination of Candice Kysar by Tom Fleener for Daniel Renteria.

9:50 am   Side bar requested by Darrell Fun.

| | |
|---|---|
| 9:54 am | Court resumes. Cross examination of Candice Kysar by Tom Fleener continues. |
| 10:19 am | Side bar requested by Darrell Fun. |
| 10:22 am | Court resumes. Cross examination of Candice Kysar by Tom Fleener continues. |
| 10:33 am | Judge issues brief instruction to the jury. |
| 10:35 am | Court recessed for morning break. (Court decided to recess for lunch break as well. Will resume at 12:30 pm). |
| 12:40 pm | Court resumes. Matters discussed outside the presence of the jury. |
| 12:48 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 12:50 pm | Cross examination of Candice Kysar by Tom Fleener for Daniel Renteria continues. |
| 1:12 pm | Side bar requested by Darrell Fun. |
| 1:17 pm | Court resumes. Court recessed until 1:30 pm. |
| 1:35 pm | Court resumes. Matters discussed outside the presence of the jury. |
| 1:37 pm | Jury brought in. Roll call of jury waived by the Court. Cross examination of Candice Kysar by Tom Fleener continues. |
| 1:38 pm | No cross examination by remaining lawyers. Re-direct examination of Candice Kysar by Darrell Fun for the Government. Government's Exhibit 605 offered, no objection, admitted by the Court. |
| 1:46 pm | Candice Kysar excused from the witness stand. Government calls Danni Fox. |
| 1:50 pm | Dannie Fox sworn in by the Courtroom Deputy. Direct examination of Danni Fox by Darrell Fun for the Government. |
| 2:24 pm | Cross examination of Dannie Fox by Tom Fleener for Daniel Renteria. |
| 2:26 pm | Cross examination of Dannie Fox by Peter Timbers for Miguel Ordaz. |
| 2:27 pm | Cross examination of Dannie Fox by Tom Fleener for Daniel Renteria as he mis-spoke and had more questions of this witness. |

| Time | Event |
|---|---|
| 2:29 pm | Cross examination of Dannie Fox by Peter Timbers for Miguel Ordaz. |
| 2:30 pm | Dannie Fox excused from the witness stand. Government calls Jason Lyles. |
| 2:31 pm | Sworn in by the Courtroom Deputy. Direct examination of Jason Lyles by Darrell Fun for the Government. |
| 2:57 pm | Cross examination of Jason Lyles by Tom Fleener for Daniel Renteria. |
| 3:31 pm | No cross examination by Jill Higham or Vince Horn. Cross examination of Jason Lyles by Peter Timbers for Miguel Ordaz. |
| 3:31 pm | Re-direct examination of Jason Lyles by Darrell Fun for the Government. |
| 3:38 pm | Re-cross examination of Jason Lyles by Tom Fleener for Daniel Renteria. |
| 3:40 pm | Re-direct examination of Jason Lyles by Darrell Fun for the Government. |
| 3:41 pm | Jason Lyles excused from the witness stand. Judge issues brief instructions to the jury. Court recessed for afternoon break. |
| 3:42 pm | Jury exused. Court recessed. |
| 4:03 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 4:04 pm | Government calls Kimberly Perkins. Sworn in by the Courtroom Deputy. Direct examination of Kimberly Perkins by Darrell Fun for the Government. |
| 4:56 pm | Judge issues brief instruction to the jurors. |
| 4:59 pm | Jury excused. Court recessed for the evening. To reconvene tomorrow at 8:30 a.m. |
| 5:02 pm | Court recessed for the evening. |