

**FILED**

*5:33 pm, 10/25/11*
**Stephan Harris**
**Clerk of Court**

## United States District Court
### For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk  
Jan Davis, Court Reporter  
Brandi Monger, Law Clerk

October 25, 2011  
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| | Tom Fleener, Peter Timbers, Vince Horn, |
| Defendant. | Jill Higham |

___

**COURTROOM MINUTES**
**JURY TRIAL DAY 12**
___

8:47 am     Court resumes. Jury brought in. Roll call of jury waived by the Court.

8:50 am     Direct examination of Kimberly Perkins by Darrelll Fun for the Government continues.

10:11 am     Court recessed for morning break.

10:34 am     Court resumes. Jury brought in. Roll call of jury waived by the Court.

10:35 am     Cross examination of Kimberly Perkins by Tom Fleener for Daniel Renteria. Government's Exhibit 611 offered, no objection, admitted by the Court.

11:24 am     Side bar requested by Tom Fleener.

11:28 am     Court resumes. Cross examination of Kimberly Perkins by Tom Fleener continues.

| | |
|---|---|
| 11:55 am | Judge issues brief instructions to the jury. Court to recess for lunch break. To reconvene at 1:15 pm. |
| 11:57 am | Jury excused. Court recessed. |
| 1:27 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 1:30 pm | Cross examination of Kimberly Perkins by Tom Fleener continues. |
| 1:35 pm | Side bar requested by Tom Fleener. |
| 1:52 pm | Court resumes. Cross examination of Kim Perkins by Tom Fleener continues. |
| 2:06 pm | Cross examination of Kim Perkins by Vince Horn for Robert Velasquez, Jr. |
| 2:08 pm | Cross examination of Kim Perkins by Peter Timbers for Miguel Ordaz. |
| 2:11 pm | Cross examination of Kim Perkins by Jill Higham for Alex Garcia, Jr. |
| 2:15 pm | Re-direct examination of Kim Perkins by Darrell Fun for the Government. |
| 2:16 pm | Court recessed for a short break. |
| 2:27 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 2:29 pm | Re-direct examination of Kim Perkins by Darrell Fun for the Government continues. |
| 2:48 pm | Kimberly Perkins is excused from the witness stand subject to recall. The decision will be made whether she will be re-crossed following the mid afternoon break. |
| 2:49 pm | Government calls Amber Bear. Sworn in by the Courtroom Deputy. |
| 2:50 pm | Direct examination of Amber Bear by Darrell Fun for the Government. Government's Exhibit 606, 606-A offered, no objection, admitted by the Court. |
| 3:18 pm | Side bar requested by Tom Fleener. |
| 3:19 pm | Court resumes. Direct examination of Amber Bear by Darrell Fun for the Government continues. |
| 3:24 pm | Jury excused for afternoon break. |

| | |
|---|---|
| 3:25 pm | Matters discussed outside the presence of the jury. |
| 3:29 pm | Court recessed for afternoon break. |
| 3:52 pm | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 3:53 pm | Direct examination of Amber Bear by Darrell Fun for the Government continues.  Government's Exhibit 3000 offered, no objection, admitted by the Court. |
| 4:08 pm | Side bar requested by the Judge. |
| 4:10 pm | Court resumes.  Direct examination of Amber Bear by Darrell Fun continues. |
| 4:12 pm | Cross examination of Amber Bear by Vince Horn for Robert Velasquez, Jr. |
| 4:22 pm | Cross examination of Amber Bear by Tom Fleener for Daniel Renteria.  Renteria's Exhibit E offered, no objection, admitted by the Court. |
| 4:48 pm | Side bar requested by Darrell Fun. |
| 4:51 pm | Court resumes.  Cross examination of Amber Bear by Tom Fleener continues. |
| 5:12 pm | No cross examination from the remaining defense counsel.  Re-direct examination of Amber Bear by Darrell Fun by the Government. |
| 5:26 pm | Amber Bear excused from the witness stand and released from subpoena.  Judge issues brief instruction to the jury.  Court to reconvene tomorrow at 830. |
| 5:31 pm | Court recessed for the evening. |