

**FILED**

*5:11 pm, 10/26/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
### For The District of Wyoming
#### Nancy D. Freudenthal, United States District Judge

Abby Logan,  Deputy Clerk                                      October 25, 2011
Jan Davis, Court Reporter                                         Cheyenne, WY
Brandi Monger, Law Clerk

UNITED STATES OF AMERICA,               Plaintiff's Attorneys:
                        Plaintiff,                Darrell Fun

vs.

ROBERT VELASQUEZ et al,                 Defendant's Attorneys:
                                                    Tom Fleener, Peter Timbers, Vince Horn,
                        Defendant.                   Jill Higham

---

## COURTROOM MINUTES
## JURY TRIAL DAY 13

---

9:04 am        Court resumes.  Jury brought in.  Roll call of jury waived by the Court.

9:05 am        Government calls John Sullivan.  Sworn in by the Courtroom Deputy.

9:06 am        Direct examination of John Sullivan by Darrell Fun for the Government.
               Government's Exhibit 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009
               offered, no objection, admitted by the Court.

10:20 am       Side bar requested by Tom Fleener.

10:25 am       Court resumes.  Direct examination of John Sullivan by Darrell Fun continues.

10:26 am       Jury excused.  Morning recess.

10:48 am       Court resumes.  Jury brought in.  Roll call of jury waived by the Court.

| | |
|---|---|
| 10:50 am | Cross examination of John Sullivan by Vince Horn for Robert Velasquez, Jr. |
| 10:56 am | Cross examination of John Sullivan by Tom Fleener for Daniel Renteria. |
| 11:06 am | Cross examination of John Sullivan by Peter Timbers for Miguel Ordaz. |
| 11:13 am | Judge informs counsel and the jury that she has decided to reconsider her ruling on Government's Exhibit 1009 and will now refuse said exhibit. Jury instructed on such ruling. |
| 11:15 am | Cross examination of John Sullivan by Peter Timbers continues |
| 11:16 am | No cross examination by Jill Higham for Alex Garcia, Jr. No re-direct examination from Darrell Fun for the Government. |
| 11:17 am | John Sullivan excused from the witness stand and released from subpoena. Government calls Cilia Downes.  Sworn in by the Courtroom Deputy. |
| 11:18 am | Direct examination of Cilia Downes by Darrell Fun for the Government. |
| 12:02 pm | Judge issues brief instructions to the jury.  Jury excused. |
| 12:03 pm | Court recessed for lunch break.  To reconvene at 1:15 pm. |
| 1:32 pm | Court resumes.  Matters discussed outside the presence of the jury. |
| 1:42 pm | Jury brought in.  Roll call of jury waived by the Court. |
| 1:43 pm | Direct examination of Cilia Downes by Darrell Fun continues. |
| 1:52 pm | Side bar requested by Tom Fleener. |
| 1:57 pm | Court resumes.  Direct examination of Cilia Downes by Darrell Fun continues. |
| 2:10 pm | Cross examination of Cilia Downes by Vince Horn for Robert Velasquez, Jr. |
| 2:16 pm | Cross examination of Cilia Downes by Tom Fleener for Daniel Renteria. |
| 2:23 pm | Cross examination of Cilia Downes by Peter Timbers for Miguel Ordaz. |
| 2:27 pm | No cross examination of Cilia Downes by Jill Higham for Alex Garcia, Jr.  Re-direct |

examination of Cilia Downes by Darrell Fun for the Government.

2:32 pm          Cross examination of Cilia Downes by Tom Fleener for Daniel Renteria.

2:38 pm          Cilia Downes excused from the witness stand and released from her subpoena.

3:03 pm          Court resumes.  Jury brought in.  Roll call of jury waived by the Court.

3:05 pm          Government calls John Michael Morgan.  Sworn in by the Courtroom Deputy.
                 Direct examination of John Morgan by Darrell Fun for the Government.

4:58 pm          Judge issues brief instruction to the jury.  Court to recess for the evening.

5:00 pm          Jury excused.  Court recessed until 8:30 am tomorrow.