

**FILED**

*5:49 pm, 10/27/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk     October 27, 2011
Jan Davis, Court Reporter     Cheyenne, WY
Brandi Monger, Law Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| | Tom Fleener, Peter Timbers, Vince Horn, |
| Defendant. | Jill Higham |

---

### COURTROOM MINUTES
### JURY TRIAL DAY 14

---

| | |
|---|---|
| 8:55 am | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 8:57 am | Direct examination of John Morgan by Darrell Fun for the Government. Government's Exhibit 200, 200-A, 400-B, 400-C, 401-A, 407, 407-A, 408, 408-A, 409, 409-A offered, no objection, admitted by the Court. |
| 10:03 am | Side bar requested by Tom Fleener. |
| 10:05 am | Court resumes. Direct examination of John Morgan by Darrell Fun for the Government |
| 10:08 am | Court recessed for morning break. |
| 10:31 am | Court resumes. Jury brought in. Roll call of jury waived by the Court. |

| | |
|---|---|
| 10:33 am | Direct examination of John Morgan by Darrell Fun for the Government. Government's Exhibit 520 offered, no objection, admitted by the Court. |
| 11:33 am | Cross examination of John Morgan by Vince Horn for Robert Velasquez, Jr. |
| 11:38 am | Cross examination of John Morgan by Tom Fleener for Daniel Renteria. |
| 11:40 am | Side bar requested by Darrell Fun. |
| 11:44 am | Court resumes. Cross examination of John Morgan by Tom Fleener continues. |
| 11:48 am | Judge issues brief instructions to the jury. Jury to return at 1:05 p.m. |
| 11:50 am | Jury excused. Court recessed. |
| 1:21 pm | Court resumes. Matters discussed outside the presence of the jury. |
| 1:37 pm | Jury brought in. Roll call of jury waived by the Court. |
| 1:38 pm | Cross examination of John Morgan by Tom Fleener continues. |
| 2:24 pm | Side bar requested by Tom Fleener. |
| 2:26 pm | Court resumes. |
| 3:01 pm | Judge issues brief instruction. Court recessed for afternoon break. |
| 3:40 pm | Court resumes. Jury brought in. Roll call of jury waived by the Court. |
| 3:41 pm | Cross examination of John Morgan by Tom Fleener continues. |
| 4:17 pm | Cross examination of John Morgan by Peter Timbers for Miguel Ordaz. |
| 4:22 pm | Cross examination of John Morgan by Jill Higham for Alex Garcia, Jr. |
| 4:27 pm | Re-direct examination of John Morgan by Darrell Fun for the Government. |
| 4:40 pm | Re-cross examination of John Morgan by Vince Horn for Robert Velasquez, Jr. |
| 4:41 pm | John Morgan excused from the witness stand. |

| | |
|---|---|
| 4:42 pm | Government calls Susan Carter. Sworn in by the Courtroom Deputy. |
| 4:43 pm | Direct examination of Susan Carter by Darrell Fun for the Government. Government's Exhibits 803, 804, 806, 1101, 1114 offered, no objection, admitted by the Court. |
| 5:26 pm | No cross examination of Susan Carter by any defense counsel. Susan Carter excused from the witness stand and released from subpoena. |
| 5:27 pm | Jury excused. Matters discussed with counsel outside the presence of the jury. |
| 5:46 p m | Court recessed for the evening. |