

**FILED**

*3:59 pm, 10/28/11*
**Stephan Harris
Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

| | |
|---|---|
| Abby Logan,  Deputy Clerk | October 28, 2011 |
| Jan Davis, Court Reporter | Cheyenne, WY |
| Brandi Monger, Law Clerk | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff's Attorneys: |
| Plaintiff, | Darrell Fun |
| vs. | |
| ROBERT VELASQUEZ et al, | Defendant's Attorneys: |
| | Tom Fleener, Peter Timbers, Vince Horn, |
| Defendant. | Jill Higham |

___

**COURTROOM MINUTES
JURY TRIAL DAY 15**

___

| | |
|---|---|
| 9:03 am | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 9:05 am | Government calls Jennifer Hedin.  Sworn in by the Courtroom Deputy.  Direct examination of Jennifer Hedin by Darrell Fun for the Government.  Government's Exhibit 812, 812-A offered, no objection, admitted by the Court. |
| 9:47 am | No cross examination of Jennifer Hedin by any defense attorneys.  Jennifer Hedin excused from the witness stand and released from subpoena. |
| 9:48 am | Government calls Terry Pafford.  Sworn in by the Courtroom Deputy. |
| 9:50 am | Direct examination of Terry Pafford by Darrell Fun for the Government.  Government's Exhibit 326 offered, no objection, admitted by the Court. |
| 10:06 am | Cross examination of Terry Pafford by Vince Horn for Robert Velasquez, Jr. |

| | |
|---|---|
| 10:07 am | No cross examination by any remaining attorneys. Re-direct from Darrell Fun for the Government. |
| 10:08 am | Re-cross examination of Terry Pafford by Vince Horn for Robert Velasquez. |
| 10:08 am | Terry Pafford excused from the witness stand and released from subpoena. |
| 10:10 am | Darrell Fun introduces a stipulation between counsel regarding reading in of transcripted calls. Judge issues brief instruction to the jury. |
| 10:12 am | Side bar requested by Peter Timbers. |
| 10:21 am | Court resumes. Judge issues brief instruction to the jury. Court recessed for morning break. Jury excused. |
| 10:52 am | Court resumes. Matters discussed outside the presence of the jury. |
| 10:54 am | Jury brought in. Judge addresses the jury regarding the providing of transcripts to the jurors to read themselves instead of having the transcripts read into evidence. |
| 11:06 am | Transcripts collected from the jury and returned to USA. Government calls Michael Hall to the stand. Sworn in by the Courtroom Deputy. Direct examination of Michael Hall by Darrell Fun for the Government. |
| 11:08 am | Michael Hall excused from the witness stand. Subject to recall. Exhibit 407-A distributed to the jurors to read to themselves by the Courtroom Deputy. |
| 11:19 am | Exhibit 407-A collected from the jurors by the Courtroom Deputy and returned to the USA. Exhibit 408-A distributed to the jurors to read to themselves by the Courtroom Deputy. |
| 11:23 am | Exhibit 408-A collected from the jurors by the Courtroom Deputy. Exhibit 409-A distributed to the jurors to read to themselves by the Courtroom Deputy. |
| 11:30 am | Exhibit 409-A collected from the jurors by the Courtroom Deputy. Darrell Fun moves to admit Government's Exhibits 1100, 1101-A, 1102, 1103, 1105, 1110, 1111, 1112, no objection, admitted by the Court. |
| 11:32 am | Government calls Michael Hall (previously sworn and still under oath). Direct examination of Agent Hall by Darrell Fun for the Government. Government's |

|         | Exhibit 2017 offered. |
|---------|---|
| 11:53 am | Side bar requested by Tom Fleener. |
| 11:56 am | Court resumes.  Government's Exhibit 2017 admitted by the Court. |
| 12:02 pm | Michael Hall excused from the witness stand subject to recall. |
| 12:03 pm | Judge issues brief instruction the jury. |
| 12:04 pm | Jury excused for lunch.  Court recessed. |
| 1:21 pm | Court resumes.  Matters discussed outside the presence of the jury. |
| 1:30 pm | Jury brought in.  Roll call of jury waived by the Court. |
| 1:31 pm | Administrative matters brought up by Darrell Fun. |
| 1:33 pm | Peter Timbers calls Brian Starbuck.  Sworn in by the Courtroom Deputy.  Direct examination of Brian Starbuck by Peter Timbers for Miguel Ordaz. |
| 1:46 pm | Peter Timbers moves to have Brian Starbuck qualified as an expert and said is granted.  Brian Starbuck is qualified as an expert in chemisty. |
| 1:47 pm | Direct examination of Brian Starbuck by Peter Timbers continues. |
| 2:28 pm | Cross examination of Brian Starbuck by Darrell Fun for the Government. |
| 3:02 pm | Re-direct examination of Brian Starbuck by Peter Timbers for Miguel Ordaz. |
| 3:03 pm | Government calls Joshua Williams.  Sworn in by the Courtroom Deputy.  Direct examination of Joshua Williams by Darrell Fun for the Government. |
| 3:08 pm | Cross examination of Joshua Williams by Peter Timbers for Miguel Ordaz. |
| 3:11 pm | Cross examination of Joshua Williams by Tom Fleener for Daniel Renteria. |
| 3:16 pm | Re-direct examination of Joshua Williams by Darrell Fun for the Government. |
| 3:18 pm | Side bar requested by Peter Timbers. |

| | |
|---|---|
| 3:21 pm | Court resumes.  Re-direct by Darrell Fun continues. |
| 3:23 pm | Joshua Williams excused from the witness stand.  Darrell Fun moves to admit Government's Exhibit 900 offered, no objection, admitted by the Court. |
| 3:35 pm | Judge issues brief instruction the jury. |
| 3:38 pm | Court recessed for the weekend.  Jury excused.  To reconvene at 8:45 a.m. on Monday, October 31, 2011. |