

**FILED**

*5:37 pm, 10/31/11*
**Stephan Harris
Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk  
Jan Davis, Court Reporter  
Brandi Monger, Law Clerk

October 31, 2011  
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT VELASQUEZ et al,<br><br>Defendant. | Plaintiff's Attorneys:<br>Darrell Fun<br><br><br><br>Defendant's Attorneys:<br>Tom Fleener, Peter Timbers, Vince Horn, Jill Higham |

---

### COURTROOM MINUTES
### JURY TRIAL DAY 16

---

7:37 am- 8:14 am     Matters discussed in chambers outside the presence of the jury.

9:15 am     Court resumes.  Matters discussed outside the presence of the jury.  Court Exhibit 1 admitted into the record.

9:18 am     Jury brought in.  Roll call of jury waived by the Court.  Government calls Michael Sean Knapp.  Sworn in by the Courtroom Deputy.

9:20 am     Direct examination of Michael Knapp by Darrell Fun for the Government.

9:56 am     Cross examination of Michael Knapp by Peter Timbers for Miguel Ordaz.   Ordaz Exhibit M offered, no objection, admitted by the Court

9:24 am     Government moves to admit Michael Knapp as an expert in firearms.

| | |
|---|---|
| 10:05 am | Re-direct examination of Michael Knapp by Darrell Fun for the Government. |
| 10:06 am | Michael Knapp excused from the witness stand and released from subpoena. Government calls Carla Vanbinsbergen. |
| 10:07 am | Carla Vanbinsbergen sworn in by the Courtroom Deputy. Direct examination of Carla Vanbinsbergen by Darrell Fun for the Government. Government's Exhibit 1900, 1902, 1903 offered, no objection, admitted by the Court. |
| 10:28 am | No cross examination by any defense attorneys. Carla Vanbinsbergen excused from the witness stand. Government calls Gary Slane. |
| 10:29 am | Gary Slane sworn in by the Courtroom Deputy. Direct examination of Gary Slane by Darrell Fun for the Government. Government's Exhibit 1901 offered, no objection, admitted by the Court. |
| 10:59 am | Gary Slane excused from the witness stand. Judge issues brief instruction to the jury. |
| 11:00 am | Court recessed for morning break. Jury excused. |
| 11:21 am | Court resumes. Jury brought in. |
| 11:23 am | Roll call of jury waived by the Court. Government calls Steve McFarland. Sworn in by the Courtroom Deputy. Direct examination of Steve McFarland by Darrell Fun for the Government. |
| 11:33 am | Cross examination of Steve McFarland by Peter Timbers for Miguel Ordaz. |
| 11:37 am | No cross examination by the remaining defense attorneys. No re-direct examination by the Government. Steve McFarland excused from the witness stand. |
| 11:38 am | Government calls Steven Norris. Sworn in by the Courtroom Deputy. |
| 11:39 am | Direct examination of Steven Norris by Darrell Fun for the Government. Government's Exhibit 200-B offered, no objection, admitted by the Court. |
| 11:49 am | No cross examination by any defense attorneys of this witness. Steven Norris excused from the witness stand. |
| 11:50 am | Judge issues brief instruction to the jury. Court to recess for lunch break. |

| | |
|---|---|
| 11:51 am | Court recessed.  Jury excused. |
| 1:23 pm | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 1:24 pm | Government calls James Marcy.  Sworn in by the Courtroom Deputy.  Direct examination of James Marcy by Darrell Fun for the Government.  Government's Exhibit 700, 700-A, 700-B, 701, 701-A, 701-B, 702, 702-A, 702-B, 702-C, 702-D offered, no objection, admitted by the Court. |
| 1:57 am | Side bar requested by Darrell Fun. |
| 1:59 pm | Court resumes.  Direct examination of James Marcy by Darrell Fun continues. |
| 2:20 pm | Court recessed for afternoon break. |
| 2:24 pm | Jury excused. |
| 2:46 pm | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 2:50 pm | Direct examination of James Marcy by Darrell Fun for the Government continues. |
| 3:06 pm | Side bar requested by the Court. |
| 3:11 pm | Court resumes.  Direct examination of James Marcy by Darrell Fun continues. |
| 3:24 pm | Cross examination of James Marcy by Peter Timbers for Miguel Ordaz.  Government's Exhibit 703-D, 703-E offered, no objection, admitted by the Court. |
| 3:29 pm | Cross examination of James Marcy by Tom Fleener for Daniel Renteria. |
| 3:35 pm | No cross examination from remaining defense attorneys.  Re-direct examination of James Marcy by Darrell Fun for the Government. |
| 3:41 pm | Re-cross examination of James Marcy by Tom Fleener for Daniel Renteria. |
| 3:42 pm | James Marcy excused from the witness stand and released from subpoena.  Government calls John Sullivan.  Sworn in by the Courtroom Deputy. |
| 3:43 pm | Direct examination of John Sullivan by Darrell Fun for the Government.  Government's Exhibit 1009 offered, objected to. |

| | |
|---|---|
| 3:51 pm | Side bar requested by Peter Timbers. |
| 3:54 pm | Court resumes. Government Exhibit 1009-A admitted by the Court. |
| 3:43 pm | Government calls John Sullivan. Sworn in by the Courtroom Deputy. Direct examination of John Sullivan by Darrell Fun for the Government. Government's Exhibit 1009 offered, no objection, admitted by the Court. |
| 4:11 pm | Cross examination of John Sullivan by Tom Fleener for Daniel Renteria. |
| 4:19 pm | No cross examination from the remaining defense attorneys. No re-direct from the Government. John Sullivan excused from the witness stand and released from subpoena. |
| 4:19 pm | Government calls Mike Hall to the stand. The Court reminds him that he is still under oath as issued previously. |
| 4:20 pm | Direct examination of Mike Hall by Darrell Fun for the Government. |
| 4:23 pm | Side bar requested by Tom Fleener. |
| 4:30 pm | Court resumes. Direct examination of Mike Hall by Darrell Fun continues. Government's Exhibits, 5000, 5001, 5002 and 5003 offered, objected to and admitted by the Court. |
| 4:55 pm | Cross examination of Mike Hall by Vince Horn for Robert Velasquez. |
| 5:01 pm | Cross examination of Mike Hall by Peter Timbers for Miguel Ordaz. |
| 5:04 pm | Cross examination of Mike Hall by Tom Fleener for Daniel Renteria. |
| 5:27 pm | Judge issues brief instruction to the jury. Jury excused for the evening. |
| 5:28 pm | Matters discussed briefly outside the presence of the jury. |
| 5:31 pm | Court recessed for the evening. To reconvene at 8:30 am tomorrow (November 1, 2011). |