

**FILED**

*3:43 pm, 11/1/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court

## For The District of Wyoming

Nancy D. Freudenthal, United States District Judge

Abby Logan,  Deputy Clerk                                             November 1, 2011
Jan Davis, Court Reporter                                              Cheyenne, WY
Brandi Monger, Law Clerk

UNITED STATES OF AMERICA,               Plaintiff's Attorneys:
                                        Darrell Fun
                Plaintiff,

vs.

ROBERT VELASQUEZ et al,                 Defendant's Attorneys:
                                        Tom Fleener, Peter Timbers, Vince Horn,
                Defendant.               Jill Higham

_____

## COURTROOM MINUTES
## JURY TRIAL DAY 17

_____

8:51 am      Court resumes.  Jury brought in.  Roll call of jury waived by the Court.

8:53 am      Agent Hall is still on the stand and reminded that he is still under oath.  Cross
             examination of Agent Hall by Tom Fleener for Daniel Renteria.

9:03 am      Cross examination of Agent Hall by Jill Jigham for Alex Garcia, Jr.

9:04 am      Re-direct examination of Agent Hall by Darrell Fun for the Government.

9:47 am      Agent Hall excused from the witness stand.

9:49 am      Side bar requested by Peter Timbers.

9:50 am      Court resumes.  Government withdraws Motion to withdaw 5004-A.

9:51 am          Government rests.  Side bar requested by the Judge.

10:01 am         Court resumes. Judge addresses the jury and advises them that the defense witnesses are not here yet.  Jury shall return at 12:30 p.m. to hear one witness and then recess early today.  All remaining witnesses will be here tomorrow and the jury will hear them and then closing arguments.  The case shall be submitted to the jury for deliberation tomorrow.

10:03 am         Jury excused.  Matters discussed outside the presence of the jury.  Jury instruction conference shall be held in chambers at 11:00 a.m.

1:08 pm          Court resumes.  Matters discussed outside the presence of the jury.

1:11 pm          Motion for acquittal by Tom Fleener on behalf of Daniel Renteria.

1:13 pm          Motion for acquittal by Vince Horn on behalf of Robert Velasquez, Jr.

1:15 pm          Motion for acquittal by Peter Timbers on behalf of Miguel Ordaz.

1:17 pm          Motion for acquittal by Jill Higham on behalf of Alex Garcia, Jr.

1:18 pm          Response to Motions by Darrell Fun for the Government.

1:36 pm          Judge issues her ruling.  Judge denies Motions for Acquittal as to all defendants in this matter.  The court also finds that the co-conspirator statements offered in this matter were in furtherance of the activities in this matter.

1:52 pm          Court recessed.

2:13 pm          Court resumes.  Jury brought in.

2:14 pm          Peter Timbers calls Julio Quintana.  Sworn in by the Courtroom Deputy.  Direct examination of Julio Quintana by Peter Timbers for Miguel Ordaz.

2:29 pm          Cross examination of Julio Quintana by Darrell Fun for the Government.

2:49 pm          No re-direct examination by Peter Timbers.  Julio Quintana is excused from the witness stand.  No further witnesses for Miguel Ordaz.

2:50 pm          Judge issues brief instruction to the jurors.  Court to resume tomorrow (November 2, 2011) at 8:30 a.m.

2:53 pm        Jury excused.  Court recessed.