

**FILED**

*6:35 pm, 11/2/11*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming
Nancy D. Freudenthal, United States District Judge

Abby Logan, Deputy Clerk  
Jan Davis, Court Reporter  
Brandi Monger, Law Clerk

November 2, 2011  
Cheyenne, WY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT VELASQUEZ et al,<br><br>Defendant. | Plaintiff's Attorneys:<br>Darrell Fun<br><br><br>Defendant's Attorneys:<br>Tom Fleener, Peter Timbers, Vince Horn,<br> Jill Higham |

___

### COURTROOM MINUTES
### JURY TRIAL DAY 18
___

10:35 am - 11:30 am  Matters discussed in chambers outside the presence of the jury and defendants.

12:23 pm   Court resumes. Jury brought in. Roll call of jury waived by the Court. Judge addresses the jury and parties regarding the video testimony that will take place.

12:28 pm   Jill Higham calls Lynette Cardenas. Sworn in by the Courtroom Deputy.

12:29 pm   Judge instructs the witness to speak loudly, clearly and slowly into the microphone.

12:30 pm   Direct examination of Lynette Cardenas by Jill Higham for Alex Garcia, Jr.

12:38 pm   Cross examination of Lynette Cardenas by Darrell Fun for the Government.

12:52 pm   No re-direct from Jill Higham for Alex Garcia, Jr. Lynette Cardenas is excused from

|  |  |
|---|---|
|  | the witness stand and released from her subpoena. |
| 12:54 pm | Jill Higham calls no further witnesses and rests for Alex Garcia, Jr. |
| 12:55 pm | Peter Timbers calls no further witnesses and rests for Miguel Ordaz.<br>Vince Horn calls no witnesses and rests for Robert Velasquez, Jr.<br>Tom Fleener calls no witnesses and rests for Daniel Renteria. |
| 12:56 pm | Evidence closed in this matter.  The Judge issues jury instructions to the jury. |
| 2:26 pm | Judge issues brief instruction to the jury.  Jury excused. |
| 2:27 pm | Court recessed for afternoon break. |
| 2:50 am | Court resumes.  Jury brought in.  Roll call of jury waived by the Court. |
| 2:52 pm | Closing argument by Darrell Fun for the Government. |
| 3:50 pm | Closing argument by Peter Timbers for Miguel Ordaz. |
| 4:13 pm | Closing argument by Vince Horn for Robert Velasquez, Jr. |
| 4:30 pm | Closing argument by Jill Higham for Alex Garcia, Jr. |
| 4:57 pm | Closing argument by Tom Fleener for Daniel Renteria. |
| 5:36 pm | Rebuttal closing by Darrell Fun for the Government. |
| 5:52 pm | Judge issues closing instructions to the jury. |
| 6:02 pm | Side bar requested by Tom Fleener. |
| 6:03 pm | Court resumes.  Judge continues with closing instructions. |
| 6:14 pm | Alternate jurors excused by the Judge. |
| 6:15 pm | Bailiff sworn by the Courtroom Deputy. |
| 6:17 pm | Case submitted to the jury for deliberations. Jury excused. |
| 6:18 pm | Matters discussed outside the presence of the jury. |

6:26 pm        Court recessed until a verdict is reached.