## NON-PUBLIC EXHIBIT AND WITNESS LIST

| UNITED STATES OF AMERICA | v. | ROBERT VELASQUEZ et al | | DISTRICT COURT OF WYOMING |
|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Darrell Fun, L. Robert Murray | | DEFENDANT'S ATTORNEY<br>Vince Horn, Tom Fleener, Peter Timbers, Jill Higham | | DOCKET NUMBER<br>10-CR-329-F |
| | | | | TRIAL DATES(S)<br>September 27, 2011 - November 2, 2011 |
| PRESIDING JUDGE<br>Nancy D. Freudenthal | | COURT REPORTER | | COURTROOM DEPUTY<br>Abby Logan |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 100 | 10/4/11 | X | X | none | Suspected Methamphetamine 11-5-09 control buy | Dr. Goodby |
| 101 | 10/4/1 | X | X | none | Suspected Methamphetamine 11-9-09 control buy | Michael Hall<br>Dr. Goodby |
| 102 | 10/4/11 | X | X | none | Suspected Methamphetamine - DEA Exhibit I control buy | Brittany Huntington |
| 103 | 10/4/1 | X | X | none | Suspected Methamphetamine 1-5-10 | Michael Hall<br>Dr. Goodby |
| 104 | 10/4/11 | X | X | none | Suspected Methamphetamine 1-15-10 | Michael Hall<br>Dr. Goodby |
| 105 | 10/4/11 | X | X | none | Suspected Methamphetamine 1-21-10 | Michael Hall<br>Dr. Goodby |
| 106 | 10/11/11 | X | X | none | Suspected Methamphetamine, DCI item #201A | Jason Ruby<br>Brian Starbuck<br>Josh Williams |
| 107 | 10/11/11 | X | X | none | Suspected Methamphetamine, DCI item #201B | Jason Ruby<br>Brian Starbuck<br>Josh Williams |
| 108 | 10/11/11 | X | X | none | Suspected Methamphetamine, DCI item 201C | Jason Ruby<br>Josh Williams |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 109 | 10/4/11 | X | X | none | DCI Lab Report dated 12/17/09 | Dr. Goodby |
| 110 | 10/4/11 | X | X | none | DEA Lab Report dated 12/16/2009 | Brittany Huntington |
| 111 | 10/4/11 | X | X | none | DCI Lab Report dated 2/17/10 | Dr. Goodby |
| 112 | 10/11/11 | X | X | none | DCI Lab Report dated 1/11/11 | Josh Williams |
| 112-C | 10/12/11 | X | X | none | GCMS Method 04MSD1RE | Josh Williams |
| 112-D | 10/12/11 | X | X | none | GCFID Method SDown | Josh Williams |
| 112-E | 10/12/11 | X | X | none | GCFID Method Quant3 | Josh Williams |
| 112-Z | 10/12/11 | X | X | none | Drawing by Josh Williams | Josh Williams |
| 112-B | 10/12/11 | X | X | none | GCMS Method 04MSD1 | Josh Williams |
| 112-A | 10/12/11 | X | X | none | Examination Record (Case Notes) | Josh Williams |
| 200-A | 10/27/11 | X | X | none | Magazine for Exhibit 200 | John Morgan<br>Juan Marquez<br>Cilia Downes<br>Michael Knapp<br>Steve Norris |
| 200-B | 10/31/11 | X | X | none | Test fire cartridges | Steven Norris |
| 200 | 10/27/11 | X | X | none | Norinco SKS rifle | John Morgan<br>Juan Marquez<br>Cilia Downes<br>Mihcael Knapp<br>Steve Norris |
| 201 | 10/11/11 | X | X | none | 9mm ammunition | Jason Ruby<br>Michael Knapp |
| 202 | 10/11/11 | X | X | none | 36 auto ammunition | Jason Ruby<br>Michael Knapp |
| 203 | 10/11/11 | X | X | none | Scope, pistol grip and forward light | Jason Ruby |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 204 | 10/11/11 | X | X | none | Assorted ammunition | Jason Ruby<br>Michael Knapp |
| 205 | 10/11/11 | X | X | none | Taurus handgun box and ammunition | Jason Ruby |
| 205-A | 10/11/11 | X | X | none | Ammunition from Taurus box | Jason Ruby |
| 206 | 10/11/11 | X | X | none | 9mm magazine | Jason Ruby<br>Michael Knapp |
| 207-A | 10/11/11 | X | X | none | 9mm magazine and ligh | Jason Ruby<br>Michael Knapp |
| 207-B | 10/11/11 | X | X | none | 9mm ammunition | Jason Ruby |
| 207-C | 10/31/11 | X | X | none | Test fire rounds | Steven Norris |
| 207 | 10/11/11 | X | X | none | Taurus 9mm | Jason Ruby<br>Kim Perkins<br>Candice Kysar<br>Jason Lyles<br>Michael Knapp<br>Steven Norris |
| 208-B | 10/31/11 | X | X | none | Test fire rounds | Steven Norris |
| 208-A | 10/11/11 | X | X | none | Magazine | Jason Ruby<br>Michael Knapp |
| 208 | 10/11/11 | X | X | none | Taurus .38 handgun | Jason Ruby<br>Michael Knapp<br>Steven Norris |
| 209-A | 10/11/11 | X | X | none | Ammunition | Jason Ruby<br>Michael Knapp |
| 209 | 10/11/11 | X | X | none | Stevens Model 200 rifle | Jason Ruby<br>John Morgan<br>Michael Knapp |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 210-A | 10/11/11 | X | X | none | Black bag containing two barrels for exhibit 210 | Jason Ruby<br>Michael Knapp |
| 210 | 10/11/11 | X | X | none | Rossi Trifecta | Jason Ruby<br>Kim Perkins<br>Michael Knapp |
| 211 | 10/11/11 | X | X | none | Ammunition | Jason Ruby<br>Michael Knapp |
| 212 | 10/11/11 | X | X | none | 1 - 9mm round | Jason Ruby |
| 213 | 10/11/11 | X | X | none | 1 - .38 special round | Jason Ruby |
| 214-A | 10/11/11 | X | X | none | Upper receiver | Jason Ruby<br>Michael Knapp<br>Steve McFarland |
| 214-B | 10/11/11 | X | X | none | Bolt assembly | Jason Ruby<br>Michael Knapp<br>Steve McFarland |
| 214-C | 10/11/11 | X | X | none | Lower receiver | Jason Ruby<br>Michael Knapp<br>Steve McFarland |
| 214-D | 10/11/11 | X | X | none | Butt stock | Jason Ruby<br>Michael Knapp<br>Steve McFarland |
| 214-E | 10/11/11 | X | X | none | Magazine | Jason Ruby<br>Michael Knapp<br>Steve McFarland |
| 214-F | 10/11/11 | X | X | X | Black rear pin | Jason Ruby<br>Michael Knapp<br>Steve McFarland |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 214-G | 10/11/11 | X | X | none | Forearm | Jason Ruby<br>Michael Knapp<br>Steve McFarland |
| 215-B | 10/11/11 | X | X | none | Magazine for SKS rifle | Jason Ruby<br>Michael Knapp |
| 215-A | 10/11/11 | X | X | none | SKS rifle from 456 Burkett | Jason Ruby<br>Michael Knapp |
| 216 | 10/11/11 | X | X | none | Black duffle bag | Jason Ruby |
| 216-A | 10/11/11 | X | X | X | Smaller firearm pin | Jason Ruby |
| 301 | 10/11/11 | X | X | none | Envelope for Item 210 | Jason Ruby |
| 301-B | 10/11/11 | X | X | none | City of Sheridan bill in name of Isasis Rivera | Jason Ruby |
| 301-A | 10/11/11 | X | X | none | Unopened utility bill in name of Isasias Rivera | Jason Ruby |
| 302–A | 10/11/11 | X | X | none | Photo of Robert Velasquez and Miguel Ordaz | Jason Ruby<br>Ricardo Gonzalez |
| 302-B | 10/11/11 | X | X | none | Photo of Miguel Ordaz and Noe | Jason Ruby<br>Ricardo Gonzalez |
| 303 | 10/11/11 | X | X | none | Equifax credit report in name of Miguel Ordaz | Jason Ruby |
| 304 | 10/11/11 | X | X | none | Mexico passport | Jason Ruby |
| 305 | 10/11/11 | X | X | none | Mexico Passport for Miguel Ordaz | Jason Ruby |
| 306 | 10/5/11 | X | X | none | Photo of Alex Garcia and Robert Velasquez in vehicle | Melissa Morgan<br>Jason Ruby<br>Ricardo Gonzalez<br>John Morgan |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 307 | 10/11/11 | X | X | none | Photo of Alex Garcia, Robert Velasquez and Danny Hernandez | Jason Ruby Ricardo Gonzalez |
| 308 | 10/11/11 | X | X | none | Peerless tire receipt in name of Isaias Rivera | Jason Ruby |
| 309 | 10/11/11 | X | X | none | Envelope containing SSN card and permanent residence alien ID in name of Miguel Ordaz | Jason Ruby |
| 310 | 10/11/11 | X | X | none | Vehicle registration in name of Kimberly Perkins | Jason Ruby Kim Perkins |
| 311 | 10/11/11 | X | X | none | Financiall Network in the name of Miguel Ordaz | Jason Ruby |
| 312-A | 10/11/11 | X | X | none | Checkbooks | Jason Ruby |
| 312-B | 10/11/11 | X | X | none | Checkbooks | Jason Ruby |
| 312 | 10/11/11 | X | X | none | Bg containing checkbooks | Jason Ruby |
| 313 | 10/11/11 | X | X | none | Envelope containing items seized | Jason Ruby Kim Perkins |
| 313-A | 10/11/11 | X | X | none | Medora Police Department ticket in the name of Tomas Ordaz | Jason Ruby Kim Perkins |
| 313-B | 10/11/11 | X | X | none | Towing receipt for Expedition in California | Jason Ruby Kim Perkins |
| 316 | 10/11/11 | X | X | none | Time sheets in the name of Isasias Rivera | Jason Ruby |
| 317 | 10/11/11 | X | X | X | Framed photo of Miguel Ordaz with firearm | Jason Ruby Ricardo Gonzalez |
| 319 | 10/11/11 | X | X | none | Miscellaneous receipts | Jason Ruby Kim Perkins |
| 320 | 10/11/11 | X | X | none | Green Dot envelope with papers in the name of Tomas Hueso | Jason Ruby |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 321 | 10/11/11 | X | X | none | Vehicle registration for Expedition in the name of Kimberly Perkins | Jason Ruby<br>Kim Perkins |
| 322 | 10/11/11 | X | X | none | Insurance card for Expedition in the name of Kimberly Perkins | Jason Ruby<br>Kim Perkins |
| 323 | 10/11/11 | X | X | none | Bottom dollar statement in the name of Kimberly Perkins | Jason Ruby<br>Kim Perkins |
| 326 | 10/28/11 | X | X | none | Piece of paper handwritten names and numbers | Terry Pafford |
| 327 | 10/5/11 | X | X | none | Blow up photo of Noe, Robert and Isaias 306taken by Melissa Morgan | Melissa Morgan<br>Jason Ruby<br>Ricardo Gonzalez<br>Cilia Downes |
| 400-C | 10/27/11 | X | X | none | Transcript of recorded call 400 | John Morgan |
| 400 | 10/5/11 | X | X | none | Recorded phone call on 3/11/10 at 9:32 pm | Melissa Morgan<br>John Morgan |
| 400-B | 10/27/11 | X | X | none | Clipped version of 400 | John Morgan |
| 401 | 10/5/11 | X | X | none | Recorded phone call on 3/12/10 at 4:00 pm | Melissa Morgan<br>John Morgan |
| 401-A | 10/27/11 | X | X | none | Transcript of recorded call 401 | John Morgan |
| 403 | 10/5/11 | X | X | none | Recorded phone call on 3/14/10 at 9:10 pm | Melissa Morgan |
| 407-A | 10/27/11 | X | X | none | Transcript of recorded call 407 | John Morgan |
| 407 | 10/27/11 | X | X | none | Recorded phone call on 3/25/10 at 3:07 pm | John Morgan |
| 408-A | 10/27/11 | X | X | none | Transcript of recorded call 408 | John Morgan |
| 408 | 10/27/11 | X | X | none | Recorded phone call on 3/27/10 at 4:33 pm | John Morgan |
| 409-A | 10/27/11 | X | X | none | Transcript of recorded call 409 | John Morgan |
| 409 | 10/27/11 | X | X | none | Recorded phone call on 3/30/10 at 9:12 pm | John Morgan |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 410 | 10/5/11 | X | X | none | Recorded call between Melissa Morgan and Officer Mike Hall - 8-23-10 | Melissa Morgan |
| 411 | 10/5/11 | X | X | none | Recorded call between Melissa Morgan and John Morgan - 8-30-10 | Melissa Morgan<br>John Morgan |
| 500 | 10/11/11 | X | X | X | Photo of 456 Burkett | Jason Ruby |
| 501 | 10/11/11 | X | X | X | Photo of blue house | Jason Ruby<br>Dannie Fox<br>Candice Kysar<br>John Morgan |
| 502 | 10/11/11 | X | X | X | Photo of firearm | Jason Ruby<br>Ricardo Gonzalez |
| 503 | 10/11/11 | X | X | X | Photo of dresser | Jason Ruby |
| 504 | 10/11/11 | X | X | X | Photo of Mexico passport in dresser drawer | Jason Ruby |
| 505 | 10/11/11 | X | X | X | Photo of pearl handle firearm in dresser drawer | Jason Ruby |
| 506 | 10/11/11 | X | X | X | Photo of rifle on headboard | Jason Ruby |
| 507 | 10/11/11 | X | X | X | Photo of firearm found under mattress | Jason Ruby |
| 508 | 10/11/11 | X | X | X | Close up photo of exhibit 507 | Jason Ruby |
| 509 | 10/11/11 | X | X | X | Photo of black duffle bag | Jason Ruby |
| 510 | 10/11/11 | X | X | X | Photo of firearm on floor in living room | Jason Ruby |
| 511 | 10/11/11 | X | X | X | Photo of ammunition | Jason Ruby<br>Ricardo Gonzalez |
| 512 | 10/11/11 | X | X | none | Photo of picture | Michael Hall<br>Ricardo Gonzalez<br>Dannie Fox<br>John Morgan |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 513 | 10/11/11 | X | X | none | Photo of gun cleaning materials | Michael Hall<br>Ricardo Gonzalez<br>John Morgan |
| 514 | 10/11/11 | X | X | none | Photo of gun cleaning kit | Michael Hall<br>Ricardo Gonzalez<br>John Morgan |
| 515 | 10/11/11 | X | X | none | Photo of fired shell casing | Michael Hall<br>Ricardo Gonzalez<br>Candice Kysar<br>John Morgan |
| 517 | 10/4/11 | X | X | none | Photo of blue Expedition | Melissa Morgan<br>Kim Perkins |
| 520 | 10/27/11 | X | X | none | Photo of Robert Velasquez with firearm | John Morgan |
| 521 | 10/11/11 | X | X | none | Photo of Lexus | Ricardo Gonzalez |
| 522 | 10/11/11 | X | X | none | Phot o of Lexus in driveway | Ricardo Gonzalez |
| 523 | 10/4/11 | X | X | none | Photo of shop house - Cody | Juan Marquez<br>Melissa Morgan<br>Cilia Downes<br>John Morgan |
| 525 | 10/4/11 | X | X | none | Photo of Robert Velasquez and Melissa Morgan's house in Cody | Juan Marquez<br>Melissa Morgan<br>Candice Kysar<br>Cilia Downes<br>John Morgan |
| 527 | 10/24/11 | X | X | none | Photo of 527 Burkett | Candice Kysar<br>Dannie Fox<br>John Morgan |
| 604 | 10/5/11 | X | X | none | Plea agreement - Melissa Morgan | |
| 605 | 10/24/11 | X | X | none | Candice Kysar Letter of Immunity | Candice Kysar |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 606 | 10/25/11 | X | X | none | Amber Bear Letter of Immunity | Amber Bear |
| 606-A | 10/25/11 | X | X | none | Amber Bear Letter of Immunity signed by counsel also | Amber Bear |
| 611 | 10/25/11 | X | X | none | DCI CI Agreement | Kim Perkins |
| 700-A | 10/31/11 | X | X | none | Lack of Record - IMF MCC Transcript - Specific for period 2006-2010 - Alex Garcia | James Marcy |
| 700-B | 10/31/11 | X | X | none | Lack of Record - Information Returns Master File Transcript for period of 2006-2010 - Alex Garcia | James Marcy |
| 700 | 10/31/11 | X | X | none | Lack of Record - Form 1040 period of 2006-2010 - Alex Garica | James Marcy |
| 701 | 10/31/11 | X | X | non | Lack of Record - Form 1040 period of 2006-2010 - Daniel Renteria | James Marcy |
| 701-B | 10/31/11 | X | X | none | Lack of Record - Information Returns Master File Transcript for period of 2006-2010 - Daniel Renteria | James Marcy |
| 701-A | 10/31/11 | X | X | none | Lack of Record - IMF MCC Transcript - Specific for period 2006-2010 - Daniel Renteria | James Marcy |
| 702 | 10/31/11 | X | X | none | Lack of Record - Form 1040 period of 2006-2010 - Robert Velasquez | James Marcy |
| 702-A | 10/31/11 | X | X | none | Lack of Record - IMF MCC Transcript - Specific for period 2006-2010 - Robert Velasquez | James Marcy |
| 702-D | 10/31/11 | X | X | none | Print off from 10/31/2011 | James Marcy |
| 702-C | 10/31/11 | X | X | none | Print off from 10/31/2011 | James Marcy |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 702-B | 10/31/11 | X | X | none | Lack of Record - Information Returns Master File Transcript for period of 2006-2010 - Robert Velasquez | James Marcy |
| 703-A | 10/31/11 | X | X | none | Lack of Record - 2009-2010 - Miguel Ordaz | James Marcy |
| 703-E | 10/31/11 | X | X | none | Tax form 1040A 2006 - Miguel Ordaz | James Marcy |
| 703 | 10/31/11 | X | X | none | Tax return for year 2006 - Miguel Ordaz | James Marcy |
| 703-D | 10/31/11 | X | X | none | Tax form 1040A 2007 - Miguel Ordaz | James Marcy |
| 703-B | 10/31/11 | X | X | none | Lack of Master Record 2008-2010 - Miguel Ordaz | James Marcy |
| 703-C | 10/31/11 | X | X | none | Print off from IDRS system - Miguel Ordaz | James Marcy |
| 803 | 10/27/11 | X | X | none | Western Union wire transfer Isaias Rivera to Raymundo Correa, $1,800.00 dated 5/18/09 | Susan Carter |
| 804 | 10/27/11 | X | X | none | Western Union wire transfer to John Morgan to Robert Velasquez, $150.00 dated 6/14/09 | Susan Carter |
| 806 | 10/27/11 | X | X | none | Summary Chart | Susan Carter |
| 812-A | 10/28/11 | X | X | none | Exact Duplicate of 812 - without encryption | Jennifer Hedin |
| 812 | 10/28/11 | X | X | none | Moneygram CD produced as a result of subpoena | Jennifer Hedin |
| 900 | 10/28/11 | X | X | none | ATF - NFA Records | |
| 1000 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 12/3/2009 | John Sullivan |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1001 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 12/17/2009 | John Sullivan |
| 1002 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 12/30/2009 | John Sullivan |
| 1003 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 2/3/2010 | John Sullivan Gary Slane |
| 1004 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 2/18/2010 | John Sullivan Gary Slane |
| 1005 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 2/18/2010 | John Sullivan Gary Slane |
| 1006 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 3/4/2010 | John Sullivan |
| 1007 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 3/26/2010 | John Sullivan |
| 1008 | 10/26/11 | X | X | X | UPS shipping details for package shipped from Fresno, CA to Sheridan, WY on 3/31/2010 | John Sullivan |
| 1009-A | 10/31/11 | X | X | X | ETT Delivery and Delivery Attempt Detail | James Marcy |
| 1009 | 10/31/11 | X | X | X | Shipper history | John Sullivan |
| 1100 | 10/28/11 | X | X | none | Wyoming DOT Applicant Dossier -Tomas Hueso | Michael Hall |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1101-A | 10/28/11 | X | X | none | Wyoming DOT Applicant Dossier - Noe Renteria | Michael Hall |
| 1101 | 10/27/11 | X | X | none | Wyoming DOT Applicant Dossier - William Esquivel | Susan Carter |
| 1102 | 10/28/11 | X | X | none | Wyoming DOT Applicant Dossier - Melissa Morgan | Michael Hall |
| 1103 | 10/28/11 | X | X | none | Wyoming DOT Applicant Dossier - Robert Velasquez | Michael Hall |
| 1105 | 10/28/11 | X | X | none | Wyoming DOT Applicant Dossier - Dannie Fox | Michael Hall |
| 1110 | 10/28/11 | X | X | none | California Department of Motor Vehicles - Alex Garcia | Michael Hall |
| 1111 | 10/28/11 | X | X | none | California Department of Motor Vehicles - Miguel Ordaz | Michael Hall |
| 1112 | 10/28/11 | X | X | none | California Department of Motor Vehicles - Daniel Renteria | Michael Hall |
| 1114 | 10/27/11 | X | X | none | California Department of Motor Vehicles - Tomas Hueso, Jr. | Susan Carter |
| 112-Z-1 | 10/12/11 | X | X | none | Drawing by Josh Williams | Josh Williams |
| 112-Z-2 | 10/12/11 | X | X | none | Drawing by Josh Williams labeled Monday, Jan 10th | Josh Williams |
| 1200 | 10/4/11 | X | X | none | Certificate of Title - 2001 Pontiac - Melissa Morgan | Melissa Morgan Candice Kysar |
| 1201 | 10/4/11 | X | X | none | Bill of Sale | Melissa Morgan Candice Kysar |
| 1202 | 10/24/11 | X | X | none | Certificate of Title - 2001 Pontiac | Candice Kysar |
| 1300 | 9/30/11 | X | X | none | Photo of substance purchased on 11-5-09 | Michael Hall |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1301 | 9/30/11 | X | X | none | Photo of substance purchased on 11-5-09 | Michael Hall |
| 1302 | 9/30/11 | X | X | none | Photo of individual bags of substance purchased on 11-5-09 | Michael Hall Steve Herrman |
| 1303-A | 9/30/11 | X | X | none | Photo of text message from informants phone- #3 in series | Steve Herrman Lisa Riggs |
| 1303-B | 9/30/11 | X | X | none | Photo of text message from informants phone - # in series | Steve Herrman Lisa Riggs |
| 1303-C | 9/30/11 | X | X | none | Photo of text message from informants phone -  in series | Steve Herrman Lisa Riggs |
| 1303-D | 9/30/11 | X | X | none | Photo of text message from informants phone -  in series | Steve Herrman Lisa Riggs |
| 1303-E | 9/30/11 | X | X | none | Photo of text message from informants phone -  in series | Steve Herrman Lisa Riggs |
| 1303-F | 9/30/11 | X | X | none | Photo of text message from informants phone -  in series | Steve Herrman Lisa Riggs |
| 1303-G | 9/30/11 | X | X | none | Photo of text message from informants phone - in series | Steve Herrman Lisa Riggs |
| 1303-O | 9/30/11 | X | X | none | Photo of text message from informants phone - different #17  in series | Steve Herrman Lisa Riggs |
| 1303-I | 9/30/11 | X | X | none | Photo of text message from informants phone - #12 in series | SteveHerrman Lisa Riggs |
| 1303-J | 9/30/11 | X | X | none | Photo of text message from informants phone - #13 in series | Steve Herrman Lisa Riggs |
| 1303-K | 9/30/11 | X | X | none | Photo of text message from informants phone -#14 in series | Steve Herrman Lisa Riggs |
| 1303-L | 9/30/11 | X | X | none | Photo of text message from informants phone - #15 in series | Steve Herrman Lisa Riggs |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1303-M | 9/30/11 | X | X | none | Photo of text message from informants phone - #16 in series | Steve Herrman Lisa Riggs |
| 1303-N | 9/30/11 | X | X | none | Photo of text message from informants phone - #17 in series | Steve Herrman Lisa Riggs |
| 1303-H | 9/30/11 | X | X | none | Photo of text message from informants phone - in series | Steve Herrman Lisa Riggs |
| 1400 | 9/30/11 | X | X | none | Surveillance photo - Melissa Morgan's vehicle 11-9-09 | Steve Herrman Lisa Riggs |
| 1401 | 9/30/11 | X | X | none | Surveillance photo - Melissa Morgan's vehicle 11-9-09 | Steve Herrman Lisa Riggs |
| 1402 | 9/30/11 | X | X | none | Surveillance photo - Melissa Morgan's vehicle 11-9-09 | Steve Herrman Lisa Riggs |
| 1403 | 9/30/11 | X | X | none | Surveillance photo - Melissa Morgan's vehicle 11-9-09 | Steve Herrman Lisa Riggs |
| 1404 | 9/30/11 | X | X | none | Surveillance photo - Melissa Morgan's vehicle 11-9-09 | Steve Herrman Lisa Riggs |
| 1405-A | 9/30/11 | X | X | none | Surveillance photo - Lisa Riggs | Steve Herrman Lisa Riggs |
| 1405 | 9/30/11 | X | X | none | Surveillance photo - Melissa Morgan's vehicle 11-9-09 | Steve Herrman Lisa Riggs |
| 1406 | 9/30/11 | X | X | none | Photo of substance purchases on 11-9-09 | Steve Herrman |
| 1407 | 9/30/11 | X | X | none | Photo of substance purchases on 11-9-09 | Steve Herrman |
| 1408 | 9/30/11 | X | X | none | Photo of substance purchases on 11-9-09 | Steve Herrman |
| 1409-A | 10/3/11 | X | X | none | Original of 1409 - 3 stapled pages | Lisa Riggs |
| 1409 | 9/30/11 | X | X | none | MoneyGram wire transfer from Lisa Riggs to Vance Horton in the amount of $1,000.00 dated 11-12-09 | Steve Herrman Lisa Riggs |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1410 | 9/30/11 | X | X | none | Recorded call re: wire transfer on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-A | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-B | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-C | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-D | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-E | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-F | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-G | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-H | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-I | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-J | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-L | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-M | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |
| 1411-N | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman Lisa Riggs |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1411-K | 9/30/11 | X | X | none | Photos of text messages on 11-12-09 | Steve Herrman<br>Lisa Riggs |
| 1412 | 10/4/11 | X | X | none | "Cleaner" copy of Renteria B | Lisa Riggs |
| 1500 | 9/30/11 | X | X | X | Photo of substance purchased on 1-5-10 | Michael Hall |
| 1501 | 9/30/11 | X | X | X | Photo of substance purchased on 1-5-10 | Michael Hall<br>Joshua Williams |
| 1502 | 9/30/11 | X | X | none | Surveillance photo 1-5-10 buy | Steve Herrman<br>Lisa Riggs |
| 1503 | 9/30/11 | X | X | none | Surveillance photo 1-5-10 buy | Steve Herrman<br>Lisa Riggs<br>Melissa Morgan |
| 1504 | 9/30/11 | X | X | none | Surveillance photo 1-5-10 buy | Steve Herrman<br>Lisa Riggs |
| 1600 | 9/30/11 | X | X | none | Photo of substance purchased on 1-15-11 | Michael Hall |
| 1601 | 9/30/11 | X | X | none | Photo of substance purchased on 1-15-11 | Michael Hall<br>Juan Marquez |
| 1602 | 9/30/11 | X | X | none | Photo of substance purchased on 1-15-11 | Michael Hall |
| 1603 | 10/4/11 | X | X | none | Juan Marquez controlled fund log - 3 pages | Juan Marquez |
| 1701 | 9/30/11 | X | X | none | Photo of substance purchased on 1-21-10 | Michael Hall |
| 1702 | 9/30/11 | X | X | none | Photo of substance purchased on 1-21-10 | Michael Hall |
| 1703 | 9/30/11 | X | X | none | Photo of substance purchased on 1-21-10 | Michael Hall |
| 1800 | 9/30/11 | X | X | none | Photo of substance purchased on 11-17-09 | Michael Hall |
| 1801 | 9/30/11 | X | X | none | Photo of substance purchased 1-17-09 | Michael Hall |
| 1802-A | 10/3/11 | X | X | none | Original of 1802 | Lisa Riggs |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 1802 | 10/3/11 | X | X | none | MoneyGram wire transfers from Lisa Riggs to Vance Horton in the amount of $1,000.00 dated 11-21-09 | Lisa Riggs |
| 1804-B | 10/3/11 | X | X | none | Photos of text messages on 11-21-10 | Lisa Riggs |
| 1804-C | 10/3/11 | X | X | none | Photos of text messages on 11-21-10 | Lisa Riggs |
| 1804-D | 10/3/11 | X | X | none | Photos of text messages on 11-21-10 | Lisa Riggs |
| 1804-A | 10/3/11 | X | X | none | Photos of text messages on 11-21-10 | Lisa Riggs |
| 1804-E | 10/3/11 | X | X | none | Photos of text messages on 11-21-10 | Lisa Riggs |
| 1900 | 10/31/11 | X | X | none | Shipton's Big R timecard records for Kim Perkins | Carla Vanbinsbergen |
| 1901 | 10/31/11 | X | X | none | Shipton's Big R candle supplier records | Gary Slane |
| 1902 | 10/31/11 | X | X | none | Personnel Action Form - Kim Perkins hire | Carla Vanbinsbergen |
| 1903 | 10/31/11 | X | X | none | Personnel Action Form - Kim Perkins termination | Carla Vanbinsbergen |
| 2017 | 10/28/11 | X | X | X | Bank of the West statement (19 pages) | Michael Hall |
| 3000 | 10/25/11 | X | X | none | Photograph of "Ray Ray" | AmberBear |
| 5000 | 10/31/11 | X | X | X | Money Wire Summary Chart - Miguel Ordaz | Mike Hall |
| 5001 | 10/31/11 | X | X | X | Money Wire Summary Chart - Robert Velasquez, Jr. | Mike Hall |
| 5002 | 10/31/11 | X | X | X | Money Wire Summary Chart - Daniel Renteria | Mike Hall |
| 5003 | 10/31/11 | X | X | X | Money Wire Summary Chart - Alex Garcia, Jr. | Mike Hall |
| 5004-A | 11/1/11 | X | REFUSED | X | Summary Chart for drug amounts | Mike Hall |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| 5004 | 10/31/11 | X | REFUSED | X | Summary Chart for drug amounts | Mike Hall |
| Velasquez A | 10/4/11 | X | X | none | Laboratory Examination Report | Dr. Goodby |
| Renteria E | 10/25/11 | X | X | none | DCI CI Agreement | Amber Bear |
| Renteria C | 10/5/11 | X | X | none | Judgment from Park County for Melissa Morgan | Melissa Morgan |
| Renteria B | 9/30/11 | X | X | X - overruled | CI payments to Lisa Riggs log (5 pages) | Steve Herrman Lisa Riggs |
| Ordaz D | 10/4/11 | X | X | none | Technical SOP for instrument operation, calibration and maintenance - 15 pgs | Dr. Goodby |
| Ordaz M | 10/31/11 | X | X | none | ATF report | Michael Knapp Steve McFarland |
| Ordaz C | 10/4/11 | X | X | none | DCI sampling procedures | Dr. Goodby |
| Ordaz A | 10/4/11 | X | X | none | General Evidence Examination Standard Operating Procedures | Dr. Goodby Josh Williams |
| Ordaz G | 10/4/11 | X | X | none | E-mail correspondence between Josh Williams and Travis Harnish | Dr. Goodby Josh Williams |
| Ordaz E | 10/12/11 | X | X | none | 154 page lab report of Josh Williams | Josh Williams Brian Starbuck |
| Ordaz F | 10/4/11 | X | X | none | Technical SOP for drug chemistry unit abbreviation list - 3 pgs | Dr. Goodby |
| Ordaz X2 | 10/12/11 | X | X | none | Methylene chloride wash (wash 6) between samples | Josh Williams |
| Ordaz Y1 | 10/12/11 | X | X | none | GCMS result 1/10/2011 | Josh Williams Brian Starbuck |
| Ordaz Z2 | 10/12/11 | X | X | none | GCFID result 1/7/2011 | Josh Williams Brian Starbuck |

| EXHIBIT # | DATE OFFERED | OFFERED | ADMITTED | OBJECTION | DESCRIPTION OF EXHIBITS | WITNESS |
|---|---|---|---|---|---|---|
| Ordaz Z-1 | 10/12/11 | X | X | none | GCFID result 1/10/2011 | Josh Williams<br>Brian Starbuck |
| Ordaz Y2 | 10/12/11 | X | X | none | GCMS result 1/7/2011 | Josh Williams<br>Brian Starbuck |
| Ordaz X3 | 10/12/11 | X | X | none | Base to hexane sample of initial base | Josh Williams |
| Ordaz J | 10/4/11 | X | X | none | Analytical Standard Certificate of Quality | Dr. Goodby<br>Brian Starbuck |
| Ordaz I | 10/4/11 | X | X | none | GCFID instrument log | Dr. Goodby |
| Ordaz X1 | 10/12/11 | X | X | none | GCMS Data for small crude crystaline material | Josh Williams |