Deborah L. Roden #6-3866
Woodhouse Roden, LLC
1912 Capitol Avenue, Suite 500
P.O. Box 1888
Cheyenne, WY 82003
(307) 432-9399
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Number 10-CR-329-F |
| ) | |
| ROBERT VELASQUEZ JR., ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW, the Defendant, Robert Velasquez, by and through his attorney, Deborah L. Roden of Woodhouse Roden, LLC and hereby moves that the Court continue the Sentencing Hearing set for January 13, 2012 by approximately two weeks. In support of this motion, Defendant states as follows:

1. A sentencing hearing for the Defendant is currently set for January 13, 2012 at 9:00 a.m.

2. Defendant's counsel, Deborah L. Roden, was appointed on November 29, 2011.

3. Due to the late change in counsel, it has been difficult for the probation office and Ms. Roden to schedule the Presentence Interview.

4. The Presentence Interview has been scheduled for Thursday December 15, 2011.

5. It is Defendant's understanding that the probation office needs additional time to prepare the Presentence Report.

6. Defendant's counsel also needs additional time to prepare for sentencing.

7. Further, Defendant's Hearing on Motion for Acquittal has been re-set for January 13, 2012.

8. Defense Counsel has contacted Counsel for the Government, Darrell Fun, who has no objection to the motion.

WHEREFORE, Defendant respectfully requests that the Sentencing Hearing set for January 13, 2012 be continued approximately two weeks.

DATED this 12th day of December, 2011.

WOODHOUSE RODEN, LLC

*/s/Deborah L. Roden*

_____

Deborah L. Roden #6-3866
1912 Capitol Avenue, Suite 500
P.O. Box 1888
Cheyenne, Wyoming  82003
307/432-9399
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of December, 2011, a true and correct copy of the foregoing was served by electronic mail to:

| | |
|---|---|
| L. Robert Murray<br>U.S. Attorney's Office<br>P.O. Box 668<br>Cheyenne, WY 82003-0668<br>Robert.murray@usdoj.gov | Darrell L. Fun<br>U.S. Attorney's Office<br>1000 East B Street, Suite 2211<br>P.O. Box 22211<br>Casper, WY 82602<br>Darrell.fun@usdoj.gov |

*/s/ Deborah L. Roden*
_____

Of: Woodhouse Roden, LLC