Deborah L. Roden #6-3866
Woodhouse Roden, LLC
1912 Capitol Avenue, Suite 500
P.O. Box 1888
Cheyenne, WY 82003
(307) 432-9399
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Number 10-CR-329-F |
| ) | |
| ROBERT VELASQUEZ JR., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF RECEIPT OF TRIAL TRANSCRIPTS

COMES NOW, the Defendant, Robert Velasquez, by and through his attorney, Deborah L. Roden of Woodhouse Roden, LLC and hereby notifies the Court that Defendant has received all trial transcripts.

1. Counsel has now received all 20 volumes of the trial transcripts in this matter.

2. Counsel respectfully requests that this Court allow counsel at least thirty (30) days before re-setting a hearing on the motion for acquittal.

WHEREFORE, Defendant respectfully requests that the Court re-set the hearing on the motion for acquittal no sooner than thirty (30) days from today.

DATED this 30th day of January, 2012.

                              WOODHOUSE RODEN, LLC

                              /s/ *Deborah L. Roden*

                              Deborah L. Roden #6-3866
                              1912 Capitol Avenue, Suite 500
                              Cheyenne, Wyoming  82003
                              307/432-9399
                              *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 30th day of January, 2012, a true and correct copy of the foregoing was served by electronic mail to:

L. Robert Murray
U.S. Attorney's Office
P.O. Box 668
Cheyenne, WY 82003-0668
Robert.murray@usdoj.gov

Darrell L Fun
U.S. Attorney's Office
100 East B Street, Suite 2211
P.O. Box 22211
Casper, WY 82602
Darrell.fun@usdoj.gov

                              /s/ *Deborah L. Roden*

                              Of: Woodhouse Roden, LLC