FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

2013 MAR 11 PM 2 40

STEPHAN HARRIS, CLERK
CHEYENNE

ROBERT VELASQUEZ

PETITIONER

VS.

DARRELL FUN

L. ROBERT MURRAY

AND

VINCENT HORN, JR.

("UNITED STATES OF AMERICA")

RESPONDENTS

13-CV-59F

---

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

BY A PERSON IN FEDERAL CUSTODY PURSUANT TO

28 U.S.C. § 2255 AND ANY AND ALL OTHER

APPLICABLE AUTHORITY

---

DISTRICT COURT CASE NO. 10-CR-329-F

---

Robert Velasquez, pro se
USP McCreary, P.O.Box 3000
Pine Knot, KY 42635

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | | District | | |
|---|---|---|---|---|
| Name (under which you were convicted): <br> Robert Velasquez Jr. | | | | Docket or Case No.: <br> 10-CR-329-F |
| Place of Confinement: <br> USP McCreary,P.O.Box 3000,Pine Knot,KY | | | Prisoner No.: <br> 11847-091 | |
| UNITED STATES OF AMERICA | | | Movant (include name under which you were convicted) | |
| | v. | | Robert Velasquez | |

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    United States District Court, for the district of Wyoming

    (b) Criminal docket or case number (if you know): __118470329-F__

2.  (a) Date of the judgment of conviction (if you know): __October 2011__

    (b) Date of sentencing: __March 6, 2012__

3.  Length of sentence: _____

4.  Nature of crime (all counts): __Count One-Conspiracy to distribute__
    __methamphetamine; Count Two-Conspiracy to launder money;__
    __Count Three-Distribution of methamphetamine; Count Five__
    __and Six-firearm offenses in which the Court Granted the__
    __the petitioner's F.R.Cr.P 29(d) on counts Five and Six.__

5.  (a) What was your plea? (Check one)

    (1)  Not guilty ☒   (2)  Guilty ☐   (3)  Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
    or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6.  If you went to trial, what kind of trial did you have? (Check one)      Jury ☒      Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ❑   No ☒

8. Did you appeal from the judgment of conviction?  Yes ❑   No ☒

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ❑   No ❑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ❑   No ❑

11. If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:      Yes ❑  No ❑

(2)  Second petition:    Yes ❑  No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Prosecutorial misconduct–denial of right to a fair trial and an impartial jury, manipulating/misleading the jury.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): During the trial, the prosecution had some of its witnesses testify that the sentences they would receive, as a result of their paid testimony, would be much longer than the sentences they ultimately would receive. There is a practice and pattern by the Government of engaging in this type of misconduct that is designed to manipulate and mislead jurors, while ensuring the testimony of criminals to aid the Government in obtaining convictions. At hearing in this matter, because a hearing is required, petitioner will call to testify attorneys Darrell Fun, L. Robert Murray, & Vincent Horn, Jr.; Petitioner will also call Kimberly Perkins, Melissa D. Morgan, John M. Morgan, and others.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?   N/A

Yes ❑   No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?   N/A

Yes ❑   No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:**  Constitutionally ineffective assistance of trial
counsel (Sixth Amendment to United States Constitution)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Trial counsel (Vincent Horn, Jr.) failed to conduct an
independent investigation into the facts, the law, the
evidence, and witnesses, prior to the trial. As a result,
counsel lead the petitioner into a jury trial completely
unprepared and without any defense, when had he investigated
the petitioner's claims, counsel would have found that the
petitioner could have pursued a viable defense with witnesses
who were willing to testify. Thus, at hearing in this matter,

petitioner will call to testify attorney Vincent Horn Jr., and
the petitioner himself will testify, and call others to testify.

**(b) Direct Appeal of Ground Two:**

> (1) If you appealed from the judgment of conviction, did you raise this issue?   N/A
>
> Yes ❏   No ❏
>
> (2) If you did not raise this issue in your direct appeal, explain why: _____
>
> _____
>
> _____

**(c) Post-Conviction Proceedings:**

> (1) Did you raise this issue in any post-conviction motion, petition, or application?   N/A
>
> Yes ❏   No ❏
>
> (2) If your answer to Question (c)(1) is "Yes," state:
>
> Type of motion or petition: _____
>
> Name and location of the court where the motion or petition was filed: _____
>
> _____
>
> Docket or case number (if you know): _____
>
> Date of the court's decision: _____
>
> Result (attach a copy of the court's opinion or order, if available): _____
>
> _____
>
> _____
>
> (3) Did you receive a hearing on your motion, petition, or application?
>
> Yes ❏   No ❏
>
> (4) Did you appeal from the denial of your motion, petition, or application?
>
> Yes ❏   No ❏
>
> (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
>
> Yes ❏   No ❏
>
> (6) If your answer to Question (c)(4) is "Yes," state:
>
> Name and location of the court where the appeal was filed: _____
>
> _____
>
> Docket or case number (if you know): _____
>
> Date of the court's decision: _____
>
> Result (attach a copy of the court's opinion or order, if available):_____
>
> _____
>
> _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** Constitutionally ineffective assistance of trial Counsel (Sixth Amendment to the United States Constitution)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel, in addition to his failure to raise a meritorious defense, failed to properly conduct cross-examination of Government witnesses to elicit favorable testimony to his client and to discredit Government witnesses who were paid to testify and mislead the jurors to believe that the sentences they would receive, in exchange for their testimony, would be much harsher than the sentences that they actually received. An investigation would have revealed, that it is the Government' practice to give these witnesses less harsher sentences than the sentences that they lead juries to believe they will receive.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   N/A

Yes ❑   No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?   N/A

Yes ❑   No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

**(3) Did you receive a hearing on your motion, petition, or application?**

Yes ☐   No ☐

**(4) Did you appeal from the denial of your motion, petition, or application?**

Yes ☐   No ☐

**(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?**

Yes ☐   No ☐

**(6) If your answer to Question (c)(4) is "Yes," state:**

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

**(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:** _____

_____

_____

_____

_____

**GROUND FOUR:** Constitutionally ineffective assistance of trial Counsel and Governmental misconduct (5th & 6th Amend. U.S. Const.)

**(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):** In the Federal System, as the instant case demonstrates, a significantly large number of defense lawyers deliberately undermined the cases of their clients to form a strategic alliance with the Government for the purpose of obtaining criminal convictions while depriving American Citizens civil liberties. After conviction the Government, in response to claims of constitutionally ineffective trial counsel, changes its role and begins to defend the actions of defense attorneys in undermining their client's cases to assist the Government in obtaining criminal convictions. [T]his alliance is the equivalence of a criminal conspiracy and is reflected in numerous published

and unpublished opinions of the Federal Courts. Petitioner will prove this claim during the litigation of the instant petition.

**(b)  Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   N/A

Yes ❑  No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?   N/A

Yes ❑  No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: <u>None of the Ground presented in this motion</u> <u>have previously been presented to any court because</u> <u>defense counsel did not raise them, nor did counsel</u> <u>inform the petitioner of said grounds where they could be</u> <u>raised any sooner</u>

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: <u>Vincent Horn, Jr., 9774 Chanteclaire Circle, Suite</u> <u>100, Littleton, Colorado 89126</u>
(d) At sentencing: <u>Deborah L. Roden, LLC, 1912 Capitol Avenue,</u> <u>Suite 500, P.O. Box 1888, Cheyenne, WY 82003</u>

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?       Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*  This petition was hand delivered to prison officials to be placed in the mail to this court on March 5, 2013. Thus, the petition is timely filed

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period
   shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in
      violation of the Constitution or laws of the United States is removed, if the movant was
      prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if
      that right has been newly recognized by the Supreme Court and made retroactively
      applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been
      discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: __Resentencing and__
__other relief deemed just and proper by the Court and/or__
__appointed or retained habeas counsel.__

or any other relief to which movant may be entitled.

_____
**Signature of Attorney (if any)**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __March__
__5, 2013__ (month, date, year).

Executed (signed) on __March 5, 2013__ (date).

_____
**Signature of Movant**

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

_____

### IN FORMA PAUPERIS DECLARATION

_____
**[Insert appropriate court]**

● ● ● ● ●

The petitioner is indigent and he is unable to pay the
cost associated with the § 2255 proceedings. Thus, the petitioner
requests permission to proceed in forma pauperis, and requests
the appointment of habeas counsel, as the issues presented are
legally and factually complex, and thus, require further
developement and investigation beyond the financial and physical
means of the petitioner (i.e., the petitioner is incarcerated).
Moreover, the petitioner is entitled to redress on the issues
raised in the instant petition.

# All Transactions

PRINT

| Inmate Reg #: | 11847091 | Current Institution: | McCreary USP |
| Inmate Name: | VELASQUEZ, ROBERT | Housing Unit: | MCR-E-A |
| Report Date: | 03/06/2013 | Living Quarters: | E02-210U |
| Report Time: | 7:21:16 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|-----------|------------------|--------|------|----------|---------|
| 3/6/2013 12:19:40 PM | TRUL Withdrawal | ($5.00) | TL0306 | | $109.66 |
| 3/6/2013 8:01:40 AM | Phone Withdrawal | ($1.00) | TFN0306 | | $114.66 |
| 3/5/2013 8:08:59 PM | Western Union | $50.00 | 33313064 | | $115.66 |
| 3/5/2013 6:26:31 PM | Phone Withdrawal | ($1.00) | TFN0305 | | $65.66 |
| 3/5/2013 3:07:39 PM | Phone Withdrawal | ($2.00) | TFN0305 | | $66.66 |
| 3/5/2013 9:09:44 AM | TRUL Withdrawal | ($5.00) | TL0305 | | $68.66 |
| 3/4/2013 8:58:27 PM | Phone Withdrawal | ($2.00) | TFN0304 | | $73.66 |
| 3/4/2013 9:32:08 AM | Sales - Fingerprint | ($24.60) | 17 | | $75.66 |
| 3/4/2013 6:51:11 AM | Phone Withdrawal | ($2.00) | TFN0304 | | $100.26 |
| 3/3/2013 8:09:23 PM | Western Union | $50.00 | 33313062 | | $102.26 |
| 3/2/2013 6:49:27 PM | Phone Withdrawal | ($10.00) | TFN0302 | | $52.26 |
| 3/2/2013 7:44:42 AM | Phone Withdrawal | ($2.00) | TFN0302 | | $62.26 |
| 3/2/2013 6:33:31 AM | TRUL Withdrawal | ($5.00) | TL0302 | | $64.26 |
| 3/1/2013 5:57:43 PM | Phone Withdrawal | ($3.00) | TFN0301 | | $69.26 |
| 3/1/2013 5:22:35 PM | Phone Withdrawal | ($2.00) | TFN0301 | | $72.26 |
| 2/28/2013 8:17:57 PM | Phone Withdrawal | ($2.00) | TFN0228 | | $74.26 |
| 2/28/2013 7:09:22 PM | Phone Withdrawal | ($2.00) | TFN0228 | | $76.26 |
| 2/28/2013 6:10:22 AM | TRUL Withdrawal | ($5.00) | TL0228 | | $78.26 |
| 2/27/2013 7:07:14 PM | Phone Withdrawal | ($2.00) | TFN0227 | | $83.26 |
| 2/26/2013 6:49:34 PM | Phone Withdrawal | ($7.00) | TFN0226 | | $85.26 |
| 2/26/2013 5:53:25 PM | Phone Withdrawal | ($2.00) | TFN0226 | | $92.26 |
| 2/25/2013 5:09:56 PM | Western Union | $55.00 | 33313056 | | $94.26 |
| 2/25/2013 3:02:01 PM | Phone Withdrawal | ($10.00) | TFN0225 | | $39.26 |
| 2/25/2013 7:11:03 AM | TRUL Withdrawal | ($5.00) | TL0225 | | $49.26 |
| 2/25/2013 5:11:00 AM | Lockbox - CD | $25.00 | 70127903 | | $54.26 |
| 2/24/2013 8:19:38 PM | Phone Withdrawal | ($2.00) | TFN0224 | | $29.26 |
| 2/24/2013 7:14:35 PM | Phone Withdrawal | ($2.00) | TFN0224 | | $31.26 |
| 2/23/2013 1:18:06 PM | Phone Withdrawal | ($10.00) | TFN0223 | | $33.26 |
| 2/23/2013 7:17:52 AM | Phone Withdrawal | ($2.00) | TFN0223 | | $43.26 |
| 2/23/2013 7:16:42 AM | TRUL Withdrawal | ($5.00) | TL0223 | | $45.26 |
| 2/23/2013 5:18:26 AM | Lockbox - CD | $50.00 | 70127901 | | $50.26 |
| 2/21/2013 1:56:04 PM | Sales - Fingerprint | ($12.75) | 97 | | $0.26 |
| 2/19/2013 9:24:34 PM | TRUL Withdrawal | ($5.00) | TL0219 | | $13.01 |
| 2/16/2013 9:06:13 PM | TRUL Withdrawal | ($5.00) | TL0216 | | $18.01 |
| 2/16/2013 8:00:09 PM | TRUL Withdrawal | ($5.00) | TL0216 | | $23.01 |
| 2/15/2013 7:34:29 PM | Phone Withdrawal | ($2.00) | TFN0215 | | $28.01 |
| 2/15/2013 8:21:13 AM | Sales - Fingerprint | ($24.50) | 11 | | $30.01 |
| 2/14/2013 8:08:27 PM | Phone Withdrawal | ($4.00) | TFN0214 | | $54.51 |
| 2/14/2013 6:55:03 PM | Phone Withdrawal | ($2.00) | TFN0214 | | $58.51 |
| 2/13/2013 7:58:50 PM | Phone Withdrawal | ($2.00) | TFN0213 | | $60.51 |
| 2/12/2013 9:17:54 PM | Phone Withdrawal | ($2.00) | TFN0212 | | $62.51 |
| 2/12/2013 8:29:36 PM | TRUL Withdrawal | ($5.00) | TL0212 | | $64.51 |
| 2/12/2013 6:22:37 PM | Phone Withdrawal | ($2.00) | TFN0212 | | $69.51 |
| 2/12/2013 5:43:18 PM | TRUL Withdrawal | ($5.00) | TL0212 | | $71.51 |
| 2/11/2013 7:26:46 PM | Phone Withdrawal | ($2.00) | TFN0211 | | $76.51 |
| 2/10/2013 8:01:07 PM | TRUL Withdrawal | ($5.00) | TL0210 | | $78.51 |
| 2/10/2013 7:21:12 PM | TRUL Withdrawal | ($5.00) | TL0210 | | $83.51 |
| 2/9/2013 5:58:59 PM | Phone Withdrawal | ($10.00) | TFN0209 | | $88.51 |
| 2/9/2013 4:49:34 PM | Phone Withdrawal | ($2.00) | TFN0209 | | $98.51 |
| 2/8/2013 7:47:21 PM | Phone Withdrawal | ($4.00) | TFN0208 | | $100.51 |

1 2 3 4 5 6 7

3/6/2013

# All Transactions

PRINT

| | | | | |
|---|---|---|---|
| **Inmate Reg #:** | 11847091 | **Current Institution:** | McCreary USP |
| **Inmate Name:** | VELASQUEZ, ROBERT | **Housing Unit:** | MCR-E-A |
| **Report Date:** | 03/06/2013 | **Living Quarters:** | E02-210U |
| **Report Time:** | 7:21:28 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/8/2013 11:05:26 AM | Payroll - IPP | $28.80 | MIPP0113 | | $104.51 |
| 2/7/2013 7:39:23 PM | Phone Withdrawal | ($3.00) | TFN0207 | | $75.71 |
| 2/7/2013 1:52:31 PM | Sales - Fingerprint | ($128.00) | 33 | | $78.71 |
| 2/5/2013 9:27:07 PM | TRUL Withdrawal | ($5.00) | TL0205 | | $206.71 |
| 2/5/2013 9:15:04 PM | Phone Withdrawal | ($3.00) | TFN0205 | | $211.71 |
| 2/5/2013 8:20:43 PM | Phone Withdrawal | ($2.00) | TFN0205 | | $214.71 |
| 2/4/2013 8:15:46 PM | Phone Withdrawal | ($3.00) | TFN0204 | | $216.71 |
| 2/3/2013 8:01:27 PM | Phone Withdrawal | ($3.00) | TFN0203 | | $219.71 |
| 2/3/2013 4:52:17 PM | Phone Withdrawal | ($3.00) | TFN0203 | | $222.71 |
| 2/3/2013 1:06:38 PM | Western Union | $200.00 | 33313034 | | $225.71 |
| 2/2/2013 9:14:58 PM | Phone Withdrawal | ($3.00) | TFN0202 | | $25.71 |
| 2/1/2013 8:56:56 PM | Phone Withdrawal | ($3.00) | TFN0201 | | $28.71 |
| 2/1/2013 6:11:10 PM | Phone Withdrawal | ($2.00) | TFN0201 | | $31.71 |
| 1/31/2013 9:17:06 PM | TRUL Withdrawal | ($5.00) | TL0131 | | $33.71 |
| 1/31/2013 7:39:29 PM | Phone Withdrawal | ($2.00) | TFN0131 | | $38.71 |
| 1/31/2013 5:22:19 PM | Western Union | $40.00 | 33313031 | | $40.71 |
| 1/30/2013 7:32:58 PM | Phone Withdrawal | ($1.00) | TFN0130 | | $0.71 |
| 1/27/2013 8:34:36 PM | TRUL Withdrawal | ($2.00) | TL0127 | | $1.71 |
| 1/26/2013 7:36:33 PM | Phone Withdrawal | ($2.00) | TFN0126 | | $3.71 |
| 1/24/2013 8:03:23 PM | Phone Withdrawal | ($2.00) | TFN0124 | | $5.71 |
| 1/24/2013 8:49:40 AM | Sales - Fingerprint | ($18.50) | 73 | | $7.71 |
| 1/22/2013 8:58:36 PM | Phone Withdrawal | ($2.00) | TFN0122 | | $26.21 |
| 1/22/2013 6:30:59 PM | Phone Withdrawal | ($2.00) | TFN0122 | | $28.21 |
| 1/22/2013 5:07:48 PM | Western Union | $30.00 | 33313022 | | $30.21 |
| 1/21/2013 7:40:08 PM | Phone Withdrawal | ($1.00) | TFN0121 | | $0.21 |
| 1/20/2013 7:40:32 PM | Phone Withdrawal | ($2.00) | TFN0120 | | $1.21 |
| 1/20/2013 2:54:27 PM | TRUL Withdrawal | ($5.00) | TL0120 | | $3.21 |
| 1/18/2013 7:29:10 PM | Phone Withdrawal | ($3.00) | TFN0118 | | $8.21 |
| 1/17/2013 7:54:04 PM | Phone Withdrawal | ($2.00) | TFN0117 | | $11.21 |
| 1/17/2013 12:33:37 PM | Sales - Fingerprint | ($34.25) | 21 | | $13.21 |
| 1/16/2013 8:38:33 PM | TRUL Withdrawal | ($5.00) | TL0116 | | $47.46 |
| 1/16/2013 7:16:45 PM | Phone Withdrawal | ($3.00) | TFN0116 | | $52.46 |
| 1/15/2013 5:07:45 PM | Western Union | $25.00 | 33313015 | | $55.46 |
| 1/13/2013 9:03:19 PM | Phone Withdrawal | ($2.00) | TFN0113 | | $30.46 |
| 1/13/2013 2:22:33 PM | Phone Withdrawal | ($2.00) | TFN0113 | | $32.46 |
| 1/12/2013 8:48:49 PM | Phone Withdrawal | ($3.00) | TFN0112 | | $34.46 |
| 1/12/2013 5:35:47 PM | Phone Withdrawal | ($2.00) | TFN0112 | | $37.46 |
| 1/11/2013 7:38:14 PM | Phone Withdrawal | ($3.00) | TFN0111 | | $39.46 |
| 1/11/2013 3:07:42 PM | Western Union | $40.00 | 33313011 | | $42.46 |
| 1/11/2013 10:53:39 AM | Sales - Fingerprint | ($34.75) | 72 | | $2.46 |
| 1/9/2013 6:55:59 PM | Phone Withdrawal | ($2.00) | TFN0109 | | $37.21 |
| 1/8/2013 6:53:58 PM | Phone Withdrawal | ($3.00) | TFN0108 | | $39.21 |
| 1/8/2013 6:16:16 PM | TRUL Withdrawal | ($5.00) | TL0108 | | $42.21 |
| 1/7/2013 8:18:07 PM | TRUL Withdrawal | ($5.00) | TL0107 | | $47.21 |
| 1/7/2013 7:29:11 PM | Phone Withdrawal | ($2.00) | TFN0107 | | $52.21 |
| 1/7/2013 3:23:51 PM | Payroll - IPP | $28.80 | MIPP1212 | | $54.21 |
| 1/7/2013 5:12:06 AM | Lockbox - CD | $25.00 | 70124603 | | $25.41 |
| 12/31/2012 8:36:51 PM | Phone Withdrawal | ($1.00) | TFN1231 | | $0.41 |
| 12/30/2012 5:59:36 PM | Phone Withdrawal | ($1.00) | TFN1230 | | $1.41 |
| 12/29/2012 6:40:15 PM | Phone Withdrawal | ($1.00) | TFN1229 | | $2.41 |

1 2 3 4 5 6 7

2/6/2013

# All Transactions

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 11847091 | **Current Institution:** | McCreary USP |
| **Inmate Name:** | VELASQUEZ, ROBERT | **Housing Unit:** | MCR-E-A |
| **Report Date:** | 03/06/2013 | **Living Quarters:** | E02-210U |
| **Report Time:** | 7:21:43 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 12/28/2012 9:10:21 PM | Phone Withdrawal | ($1.00) | TFN1228 | | $3.41 |
| 12/28/2012 11:49:23 AM | Sales - Fingerprint | ($6.80) | 115 | | $4.41 |
| 12/27/2012 8:28:00 PM | Phone Withdrawal | ($3.00) | TFN1227 | | $11.21 |
| 12/27/2012 7:21:17 PM | Phone Withdrawal | ($2.00) | TFN1227 | | $14.21 |
| 12/27/2012 5:00:24 PM | TRUL Withdrawal | ($5.00) | TL1227 | | $16.21 |
| 12/27/2012 11:49:16 AM | Lockbox - CD | $20.00 | 70124001 | | $21.21 |
| 12/22/2012 4:49:10 PM | Phone Withdrawal | ($1.00) | TFN1222 | | $1.21 |
| 12/19/2012 8:30:14 PM | Phone Withdrawal | ($2.00) | TFN1219 | | $2.21 |
| 12/18/2012 7:29:24 AM | Phone Withdrawal | ($3.00) | TFN1218 | | $4.21 |
| 12/17/2012 7:36:39 PM | Phone Withdrawal | ($2.00) | TFN1217 | | $7.21 |
| 12/14/2012 5:49:53 PM | Phone Withdrawal | ($2.00) | TFN1214 | | $9.21 |
| 12/13/2012 8:33:32 PM | Phone Withdrawal | ($1.00) | TFN1213 | | $11.21 |
| 12/13/2012 11:17:11 AM | Sales - Fingerprint | ($59.75) | 30 | | $12.21 |
| 12/12/2012 9:19:29 PM | Phone Withdrawal | ($2.00) | TFN1212 | | $71.96 |
| 12/12/2012 7:31:21 AM | Phone Withdrawal | ($2.00) | TFN1212 | | $73.96 |
| 12/11/2012 9:00:06 PM | Phone Withdrawal | ($2.00) | TFN1211 | | $75.96 |
| 12/11/2012 5:10:21 PM | TRUL Withdrawal | ($10.00) | TL1211 | | $77.96 |
| 12/10/2012 8:25:11 PM | Phone Withdrawal | ($2.00) | TFN1210 | | $87.96 |
| 12/9/2012 8:25:57 PM | Phone Withdrawal | ($3.00) | TFN1209 | | $89.96 |
| 12/9/2012 5:24:53 AM | Lockbox - CD | $30.00 | 70122802 | | $92.96 |
| 12/8/2012 9:20:19 PM | Phone Withdrawal | ($3.00) | TFN1208 | | $62.96 |
| 12/8/2012 8:06:50 PM | TRUL Withdrawal | ($5.00) | TL1208 | | $65.96 |
| 12/8/2012 7:23:53 PM | Phone Withdrawal | ($2.00) | TFN1208 | | $70.96 |
| 12/7/2012 8:07:33 PM | Western Union | $70.00 | 33312342 | | $72.96 |
| 12/7/2012 6:36:16 PM | Phone Withdrawal | ($1.00) | TFN1207 | | $2.96 |
| 12/6/2012 7:21:20 PM | Phone Withdrawal | ($1.00) | TFN1206 | | $3.96 |
| 12/6/2012 1:54:43 PM | FRP Quarterly Pymt | ($25.00) | MFRP1212 | | $4.96 |
| 12/6/2012 1:54:06 PM | Payroll - IPP | $28.80 | MIPP1112 | | $29.96 |
| 12/5/2012 7:09:45 PM | Phone Withdrawal | ($1.00) | TFN1205 | | $1.16 |
| 12/4/2012 7:40:46 PM | Phone Withdrawal | ($2.00) | TFN1204 | | $2.16 |
| 12/4/2012 6:30:32 PM | Phone Withdrawal | ($1.00) | TFN1204 | | $4.16 |
| 12/2/2012 7:03:49 PM | Phone Withdrawal | ($2.00) | TFN1202 | | $5.16 |
| 12/1/2012 5:31:52 PM | Phone Withdrawal | ($2.00) | TFN1201 | | $7.16 |
| 11/29/2012 8:22:15 PM | Phone Withdrawal | ($3.00) | TFN1129 | | $9.16 |
| 11/29/2012 12:30:30 PM | Sales - Fingerprint | ($23.75) | 16 | | $12.16 |
| 11/27/2012 7:39:44 PM | TRUL Withdrawal | ($5.00) | TL1127 | | $35.91 |
| 11/27/2012 5:16:18 AM | Lockbox - CD | $20.00 | 70121901 | | $40.91 |
| 11/22/2012 5:52:48 PM | Phone Withdrawal | ($1.00) | TFN1122 | | $20.91 |
| 11/19/2012 4:59:28 PM | Phone Withdrawal | ($1.00) | TFN1119 | | $21.91 |
| 11/18/2012 6:01:20 PM | Phone Withdrawal | ($1.00) | TFN1118 | | $22.91 |
| 11/16/2012 4:57:32 PM | TRUL Withdrawal | ($5.00) | TL1116 | | $23.91 |
| 11/15/2012 8:30:17 PM | TRUL Withdrawal | ($5.00) | TL1115 | | $28.91 |
| 11/15/2012 7:18:00 PM | Phone Withdrawal | ($2.00) | TFN1115 | | $33.91 |
| 11/15/2012 7:13:51 PM | TRUL Withdrawal | ($5.00) | TL1115 | | $35.91 |
| 11/15/2012 5:07:17 PM | Western Union | $20.00 | 33312320 | | $40.91 |
| 11/12/2012 5:13:01 AM | Lockbox - CD | $20.24 | 70121103 | | $20.91 |
| 11/11/2012 8:14:24 PM | Phone Withdrawal | ($1.00) | TFN1111 | | $0.67 |
| 11/9/2012 9:40:37 AM | Phone Withdrawal | ($1.00) | TFN1109 | | $1.67 |
| 11/9/2012 9:21:09 AM | TRUL Withdrawal | ($2.00) | TL1109 | | $2.67 |
| 11/9/2012 8:17:01 AM | Sales - Fingerprint | ($5.75) | 13 | | $4.67 |

1 2 3 4 5 6 7

3/6/2013

# All Transactions

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11847091 | Current Institution: | McCreary USP |
| Inmate Name: | VELASQUEZ, ROBERT | Housing Unit: | MCR-E-A |
| Report Date: | 03/06/2013 | Living Quarters: | E02-210U |
| Report Time: | 7:21:49 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 11/6/2012 8:27:14 PM | Phone Withdrawal | ($1.00) | TFN1106 | | $10.42 |
| 11/6/2012 6:41:24 PM | TRUL Withdrawal | ($2.00) | TL1106 | | $11.42 |
| 11/5/2012 8:03:47 PM | Phone Withdrawal | ($5.00) | TFN1105 | | $13.42 |
| 11/5/2012 7:13:09 PM | Phone Withdrawal | ($2.00) | TFN1105 | | $18.42 |
| 11/4/2012 8:24:05 PM | Phone Withdrawal | ($1.00) | TFN1104 | | $20.42 |
| 11/3/2012 6:09:51 PM | TRUL Withdrawal | ($5.00) | TL1103 | | $21.42 |
| 11/3/2012 4:45:24 PM | TRUL Withdrawal | ($5.00) | TL1103 | | $26.42 |
| 11/2/2012 9:17:59 PM | Phone Withdrawal | ($2.00) | TFN1102 | | $31.42 |
| 11/2/2012 8:19:56 PM | Phone Withdrawal | ($2.00) | TFN1102 | | $33.42 |
| 11/2/2012 1:43:49 PM | Payroll - IPP | $28.80 | MIPP1012 | | $35.42 |
| 11/2/2012 6:36:22 AM | TRUL Withdrawal | ($5.00) | TL1102 | | $6.62 |
| 11/1/2012 8:07:14 PM | Phone Withdrawal | ($2.00) | TFN1101 | | $11.62 |
| 11/1/2012 7:28:47 PM | Phone Withdrawal | ($2.00) | TFN1101 | | $13.62 |
| 11/1/2012 3:01:46 PM | TRUL Withdrawal | ($5.00) | TL1101 | | $15.62 |
| 11/1/2012 2:10:56 PM | Western Union | $20.00 | 33312306 | | $20.62 |
| 10/25/2012 7:13:17 PM | Phone Withdrawal | ($1.00) | TFN1025 | | $0.62 |
| 10/25/2012 12:16:29 PM | Sales - Fingerprint | ($24.05) | 42 | | $1.62 |
| 10/24/2012 1:16:07 PM | Phone Withdrawal | ($1.00) | TFN1024 | | $25.67 |
| 10/24/2012 7:07:42 AM | TRUL Withdrawal | ($2.00) | TL1024 | | $26.67 |
| 10/22/2012 7:17:45 PM | Phone Withdrawal | ($3.00) | TFN1022 | | $28.67 |
| 10/21/2012 7:59:03 PM | Phone Withdrawal | ($2.00) | TFN1021 | | $31.67 |
| 10/20/2012 6:41:58 AM | TRUL Withdrawal | ($5.00) | TL1020 | | $33.67 |
| 10/19/2012 8:04:35 PM | Phone Withdrawal | ($2.00) | TFN1019 | | $38.67 |
| 10/19/2012 5:07:02 PM | Western Union | $20.00 | 33312293 | | $40.67 |
| 10/19/2012 4:41:43 PM | TRUL Withdrawal | ($2.00) | TL1019 | | $20.67 |
| 10/19/2012 1:33:05 PM | Payroll - IPP | $22.20 | MIPP1012 | | $22.67 |
| 10/14/2012 6:42:03 AM | TRUL Withdrawal | ($5.00) | TL1014 | | $0.47 |
| 10/13/2012 8:26:58 PM | Phone Withdrawal | ($2.00) | TFN1013 | | $5.47 |
| 10/11/2012 8:56:56 PM | TRUL Withdrawal | ($5.00) | TL1011 | | $7.47 |
| 10/10/2012 7:38:25 PM | Phone Withdrawal | ($1.00) | TFN1010 | | $12.47 |
| 10/10/2012 7:31:16 PM | TRUL Withdrawal | ($5.00) | TL1010 | | $13.47 |
| 10/9/2012 9:08:40 PM | Phone Withdrawal | ($2.00) | TFN1009 | | $18.47 |
| 10/9/2012 5:26:48 PM | TRUL Withdrawal | ($5.00) | TL1009 | | $20.47 |
| 10/9/2012 3:07:46 PM | Western Union | $25.00 | 33312283 | | $25.47 |
| 10/8/2012 6:56:05 AM | TRUL Withdrawal | ($2.00) | TL1008 | | $0.47 |
| 10/7/2012 7:56:34 PM | Phone Withdrawal | ($1.00) | TFN1007 | | $2.47 |
| 10/7/2012 3:21:58 PM | TRUL Withdrawal | ($5.00) | TL1007 | | $3.47 |
| 10/6/2012 7:40:42 PM | Phone Withdrawal | ($4.00) | TFN1006 | | $8.47 |
| 10/5/2012 9:28:15 PM | TRUL Withdrawal | ($5.00) | TL1005 | | $12.47 |
| 10/5/2012 8:24:37 PM | Phone Withdrawal | ($3.00) | TFN1005 | | $17.47 |
| 10/5/2012 7:23:00 PM | Phone Withdrawal | ($1.00) | TFN1005 | | $20.47 |
| 10/4/2012 8:05:47 PM | Phone Withdrawal | ($2.00) | TFN1004 | | $21.47 |
| 10/4/2012 11:49:39 AM | Sales - Fingerprint | ($23.00) | 44 | | $23.47 |
| 10/4/2012 9:27:53 AM | FRP Monthly Pymt | ($25.00) | MFRP1012 | | $46.47 |
| 10/4/2012 9:27:14 AM | Payroll - IPP | $5.25 | MIPP0912 | | $71.47 |
| 10/4/2012 6:24:59 AM | TRUL Withdrawal | ($10.00) | TL1004 | | $66.22 |
| 10/3/2012 9:17:38 PM | Phone Withdrawal | ($2.00) | TFN1003 | | $76.22 |
| 10/3/2012 8:35:54 PM | Phone Withdrawal | ($2.00) | TFN1003 | | $78.22 |
| 10/3/2012 5:13:15 AM | Lockbox - CD | $25.00 | 70118401 | | $80.22 |
| 10/2/2012 8:46:18 PM | Phone Withdrawal | ($2.00) | TFN1002 | | $55.22 |

1 2 3 4 5 6 7

# All Transactions



| Inmate Reg #: | 11847091 | Current Institution: | McCreary USP |
|---|---|---|---|
| Inmate Name: | VELASQUEZ, ROBERT | Housing Unit: | MCR-E-A |
| Report Date: | 03/06/2013 | Living Quarters: | E02-210U |
| Report Time: | 7:21:55 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/2/2012 8:43:50 PM | TRUL Withdrawal | ($2.00) | TL1002 | | $57.22 |
| 10/1/2012 9:18:37 PM | Phone Withdrawal | ($2.00) | TFN1001 | | $59.22 |
| 10/1/2012 5:37:53 PM | TRUL Withdrawal | ($5.00) | TL1001 | | $61.22 |
| 10/1/2012 7:08:28 AM | Phone Withdrawal | ($1.00) | TFN1001 | | $66.22 |
| 10/1/2012 6:14:38 AM | TRUL Withdrawal | ($10.00) | TL1001 | | $67.22 |
| 9/26/2012 8:08:12 PM | Phone Withdrawal | ($7.00) | TFN0926 | | $77.22 |
| 9/26/2012 7:24:49 PM | Phone Withdrawal | ($2.00) | TFN0926 | | $84.22 |
| 9/25/2012 8:35:31 PM | Phone Withdrawal | ($3.00) | TFN0925 | | $86.22 |
| 9/25/2012 6:49:22 PM | Phone Withdrawal | ($1.00) | TFN0925 | | $89.22 |
| 9/25/2012 2:54:23 PM | TRUL Withdrawal | ($10.00) | TL0925 | | $90.22 |
| 9/24/2012 9:21:53 PM | Phone Withdrawal | ($2.00) | TFN0924 | | $100.22 |
| 9/24/2012 9:06:44 PM | Western Union | $75.00 | 33312268 | | $102.22 |
| 9/24/2012 8:13:52 PM | Phone Withdrawal | ($2.00) | TFN0924 | | $27.22 |
| 9/24/2012 6:35:53 PM | TRUL Withdrawal | ($2.00) | TL0924 | | $29.22 |
| 9/22/2012 9:16:44 PM | Phone Withdrawal | ($2.00) | TFN0922 | | $31.22 |
| 9/22/2012 8:24:17 PM | TRUL Withdrawal | ($5.00) | TL0922 | | $33.22 |
| 9/22/2012 6:46:52 PM | Phone Withdrawal | ($2.00) | TFN0922 | | $38.22 |
| 9/22/2012 5:09:58 PM | TRUL Withdrawal | ($10.00) | TL0922 | | $40.22 |
| 9/22/2012 4:06:40 PM | Western Union | $25.00 | 33312266 | | $50.22 |
| 9/21/2012 7:46:56 PM | Phone Withdrawal | ($1.00) | TFN0921 | | $25.22 |
| 9/21/2012 5:18:36 AM | Lockbox - CD | $25.00 | 70117601 | | $26.22 |
| 9/20/2012 7:28:17 PM | Phone Withdrawal | ($2.00) | TFN0920 | | $1.22 |
| 9/20/2012 2:29:48 PM | Sales - Fingerprint | ($25.55) | 77 | | $3.22 |
| 9/18/2012 8:30:12 PM | Phone Withdrawal | ($1.00) | TFN0918 | | $28.77 |
| 9/18/2012 2:54:59 PM | TRUL Withdrawal | ($5.00) | TL0918 | | $29.77 |
| 9/18/2012 12:37:12 PM | TRUL Withdrawal | ($10.00) | TL0918 | | $34.77 |
| 9/18/2012 12:22:54 PM | Sales - Fingerprint | ($69.20) | 47 | | $44.77 |
| 9/17/2012 8:04:39 PM | TRUL Withdrawal | ($2.00) | TL0917 | | $113.97 |
| 9/17/2012 7:52:00 PM | Phone Withdrawal | ($2.00) | TFN0917 | | $115.97 |
| 9/17/2012 7:10:17 PM | Western Union | $100.00 | 33312261 | | $117.97 |
| 9/14/2012 6:08:50 AM | TRUL Withdrawal | ($5.00) | TL0914 | | $17.97 |
| 9/13/2012 8:07:37 PM | Phone Withdrawal | ($2.00) | TFN0913 | | $22.97 |
| 9/13/2012 12:59:16 PM | Sales - Fingerprint | ($41.45) | 62 | | $24.97 |
| 9/12/2012 9:20:58 PM | Phone Withdrawal | ($1.00) | TFN0912 | | $66.42 |
| 9/12/2012 12:14:05 PM | Phone Withdrawal | ($2.00) | TFN0912 | | $67.42 |
| 9/11/2012 8:35:03 PM | Phone Withdrawal | ($1.00) | TFN0911 | | $69.42 |
| 9/10/2012 6:26:30 PM | TRUL Withdrawal | ($5.00) | TL0910 | | $70.42 |
| 9/10/2012 5:09:26 PM | Western Union | $75.00 | 33312254 | | $75.42 |
| 9/9/2012 8:35:08 PM | Phone Withdrawal | ($1.00) | TFN0909 | | $0.42 |
| 9/8/2012 6:20:13 PM | Phone Withdrawal | ($1.00) | TFN0908 | | $1.42 |
| 9/7/2012 7:15:22 PM | Phone Withdrawal | ($1.00) | TFN0907 | | $2.42 |
| 9/6/2012 8:44:33 PM | Phone Withdrawal | ($1.00) | TFN0906 | | $3.42 |
| 9/6/2012 3:21:18 PM | TRUL Withdrawal | ($5.00) | TL0906 | | $4.42 |
| 9/6/2012 1:39:13 PM | FRP Quarterly Pymt | $0.00 | LFRP0912 | | $9.42 |
| 9/6/2012 1:26:22 PM | Payroll - IPP | $9.36 | LIPP0812 | | $9.42 |
| 9/2/2012 8:12:48 PM | Phone Withdrawal | ($3.00) | TFN0902 | | $0.06 |
| 9/1/2012 6:34:29 AM | TRUL Withdrawal | ($5.00) | TL0901 | | $3.06 |
| 8/31/2012 6:03:18 PM | Phone Withdrawal | ($2.00) | TFN0831 | | $8.06 |
| 8/29/2012 8:40:46 PM | Phone Withdrawal | ($2.00) | TFN0829 | | $10.06 |
| 8/28/2012 8:18:30 PM | TRUL Withdrawal | ($5.00) | TL0828 | | $12.06 |

1 2 3 4 5 6 7

# All Transactions

PRINT

| Inmate Reg #: | 11847091 | Current Institution: | McCreary USP |
| Inmate Name: | VELASQUEZ, ROBERT | Housing Unit: | MCR-E-A |
| Report Date: | 03/06/2013 | Living Quarters: | E02-210U |
| Report Time: | 7:22:01 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/28/2012 7:15:05 PM | Phone Withdrawal | ($1.00) | TFN0828 | | $17.06 |
| 8/28/2012 7:06:27 PM | TRUL Withdrawal | ($2.00) | TL0828 | | $18.06 |
| 8/28/2012 6:08:00 PM | Western Union | $20.00 | 33312241 | | $20.06 |
| 8/23/2012 11:52:20 AM | Sales - Fingerprint | ($3.05) | 45 | | $0.06 |
| 8/21/2012 7:54:00 PM | Phone Withdrawal | ($1.00) | TFN0821 | | $3.11 |
| 8/20/2012 9:49:33 AM | Phone Withdrawal | ($1.00) | TFN0820 | | $4.11 |
| 8/20/2012 6:13:02 AM | TRUL Withdrawal | ($5.00) | TL0820 | | $5.11 |
| 8/20/2012 5:16:36 AM | Lockbox - CD | $10.00 | 70115303 | | $10.11 |
| 8/11/2012 9:16:13 AM | Phone Withdrawal | ($3.00) | TFN0811 | | $0.11 |
| 8/9/2012 2:34:45 PM | Sales - Fingerprint | ($10.20) | 36 | | $3.11 |
| 8/8/2012 2:43:11 PM | Phone Withdrawal | ($1.00) | TFN0808 | | $13.31 |
| 8/7/2012 9:08:56 PM | TRUL Withdrawal | ($5.00) | TL0807 | | $14.31 |
| 8/7/2012 8:32:39 PM | Phone Withdrawal | ($2.00) | TFN0807 | | $19.31 |
| 8/7/2012 5:40:35 PM | Phone Withdrawal | ($1.00) | TFN0807 | | $21.31 |
| 8/7/2012 4:44:43 PM | TRUL Withdrawal | ($5.00) | TL0807 | | $22.31 |
| 8/7/2012 3:31:51 PM | Payroll - IPP | $27.00 | LIPP0712 | | $27.31 |
| 8/2/2012 4:55:27 PM | Phone Withdrawal | ($1.00) | TFN0802 | | $0.31 |
| 8/2/2012 1:06:06 PM | TRUL Withdrawal | ($2.00) | TL0802 | | $1.31 |
| 8/2/2012 12:44:42 PM | Sales - Fingerprint | ($9.20) | 21 | | $3.31 |
| 8/1/2012 8:57:33 PM | Phone Withdrawal | ($1.00) | TFN0801 | | $12.51 |
| 8/1/2012 3:09:05 PM | Phone Withdrawal | ($1.00) | TFN0801 | | $13.51 |
| 7/31/2012 5:01:33 PM | Phone Withdrawal | ($1.00) | TFN0731 | | $14.51 |
| 7/31/2012 4:44:21 PM | TRUL Withdrawal | ($5.00) | TL0731 | | $15.51 |
| 7/31/2012 3:07:54 PM | Western Union | $20.00 | 33312213 | | $20.51 |
| 7/26/2012 7:20:13 PM | Phone Withdrawal | ($1.00) | TFN0726 | | $0.51 |
| 7/26/2012 11:48:36 AM | Sales - Fingerprint | ($27.20) | 49 | | $1.51 |
| 7/21/2012 8:30:51 PM | Phone Withdrawal | ($2.00) | TFN0721 | | $28.71 |
| 7/21/2012 7:10:12 PM | TRUL Withdrawal | ($5.00) | TL0721 | | $30.71 |
| 7/21/2012 2:06:40 PM | Western Union | $20.00 | 33312203 | | $35.71 |
| 7/19/2012 3:10:40 PM | TRUL Withdrawal | ($5.00) | TL0719 | | $15.71 |
| 7/19/2012 1:17:26 PM | Payroll - IPP | $18.00 | LIPP0712 | | $20.71 |
| 7/19/2012 12:58:48 PM | Phone Withdrawal | ($2.00) | TFN0719 | | $2.71 |
| 7/18/2012 2:48:17 PM | Phone Withdrawal | ($1.00) | TFN0718 | | $4.71 |
| 7/17/2012 8:31:44 AM | Sales - Fingerprint | ($27.30) | 25 | | $5.71 |
| 7/16/2012 8:31:28 PM | Phone Withdrawal | ($1.00) | TFN0716 | | $33.01 |
| 7/15/2012 8:08:40 PM | Phone Withdrawal | ($1.00) | TFN0715 | | $34.01 |
| 7/15/2012 7:16:17 PM | TRUL Withdrawal | ($5.00) | TL0715 | | $35.01 |
| 7/15/2012 3:06:04 PM | Western Union | $40.00 | 33312197 | | $40.01 |
| 7/14/2012 5:24:21 PM | Phone Withdrawal | ($1.00) | TFN0714 | | $0.01 |
| 7/10/2012 8:48:46 AM | Sales - Fingerprint | ($16.15) | 29 | | $1.01 |
| 7/6/2012 6:40:11 PM | Phone Withdrawal | ($2.00) | TFN0706 | | $17.16 |
| 7/6/2012 8:36:42 AM | TRUL Withdrawal | ($5.00) | TL0706 | | $19.16 |
| 7/5/2012 2:51:54 PM | Payroll - IPP | $6.00 | LIPP0612 | | $24.16 |
| 7/5/2012 1:33:12 PM | Sales - Fingerprint | ($76.45) | 65 | | $18.16 |
| 7/4/2012 9:03:03 PM | Phone Withdrawal | ($2.00) | TFN0704 | | $94.61 |
| 7/4/2012 2:55:07 PM | Phone Withdrawal | ($2.00) | TFN0704 | | $96.61 |
| 7/4/2012 2:52:36 PM | TRUL Withdrawal | ($5.00) | TL0704 | | $98.61 |
| 7/3/2012 10:06:17 PM | Western Union | $100.00 | 33312185 | | $103.61 |
| 7/1/2012 8:20:02 PM | Phone Withdrawal | ($2.00) | TFN0701 | | $3.61 |
| 6/29/2012 3:06:37 PM | Phone Withdrawal | ($2.00) | TFN0629 | | $5.61 |

1 2 3 4 5 6 7